# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA
*Plaintiff*

v.

JOSE TORRES
*Defendant*

MAGISTRATE JUDGE: EDWARD S. KIEL

CASE NO. 2:20-mj-10059-MAH-1

DATE OF PROCEEDINGS: 3/12/2020

DATE OF ARREST: 02/14/2020

**PROCEEDINGS:** Initial Appearance

- [ ] COMPLAINT
- [x] ADVISED OF RIGHTS
- [ ] ORDER OF DETENTION
- [ ] APPT. OF COUNSEL: [ ] AFPD  [ ] CJA
- [x] PRELIMINARY HEARING WAIVED ON THE RECORD
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [x] PLEA ENTERED: [ ] GUILTY  [x] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED
- [ ] OTHER:

- [ ] TEMPORARY COMMITMENT
- [x] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET:
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT  [ ] JURY
- [ ] SENTENCING
- [ ] OTHER:

DATE:
DATE:
DATE:
DATE:
DATE:

**APPEARANCES:**

AUSA: EMMA SPIRO

DEFT. COUNSEL: STEVEN D. ALTMAN

PROBATION:

INTERPRETER
Language:

TIME COMMENCED: 2:55 PM
TIME TERMINATED: 3:00 PM
CD NO: ECR

ANTHONY SODONO
DEPUTY CLERK