UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 20-418 (BRM) |
| vs. | PRELIMINARY SCHEDULING ORDER |
| JOSE TORRES | |

This matter having come before the Court for arraignment; and the United States being represented by Craig Carpenito, United States Attorney for the District of New Jersey (by Emma Spiro, Assistant U.S. Attorney, appearing); and the Defendant Jose Torres, being represented by Steven D. Altman, Esquire; and the parties not having had sufficient time to meet and confer with regard to a schedule for discovery and inspection and for pretrial motions because defense counsel has just been retained; and for good cause shown,

It is on this 9th day of June, 2020, ORDERED that:

Within two weeks from the date of this Order, that is, on or before June 23, 2020, the Government and the Defendant shall take the actions described in paragraphs 2 through 6 of the Court's Standing Order for Criminal Trial Scheduling and Discovery.

_____
Hon. Brian R. Martinotti
United States District Judge