Jose U. Torres
Essex County Jail
354 Doremus Avenue
Newark, NJ 07105

3/17/2020

To: The Honorable Edward S. Kiel,

   I, Jose Torres, am requesting that my right to a speedy trial be exercised/maintained. Thank you for your time and consideration with this matter.

Respectfully submitted,

Jose Torres

Booking # J2020003855
PCP # 2020-003426