From: Jose Torres
Essex County Correctional Facility
Newark, NJ 07101
Booking # J20203855
PCP # 2020-00346"2"

3/19/2020

Dear Honorable Kiel,

I am in Essex County Correctional Facility. I volunteered for Protective Custody not knowing we were in lockdown for 22 hours per day. For the last seven days I have requested the Sargeant and everyone on staff to place me in Population. This has not been granted. There has been no exact date. I would like the opportunity to work on my case, use the law library, speak w my attorney, family etc. Can you please grant this request and advise the jail accordingly?

Respectfully,
Jose Torres