Jos[...]                                              4/2/2020
354 Doremus Ave
Newark, NJ 07105
Essex County Correctional Facility
Inmate # J-2020-03855

Charges filed
coercion + enticement
Title 18, USC
2422(a)

Dear Judge Edward Kiel,

Can you please release me on bail? The conditions out there and in the jail are terrible. I am a first time offender, would appreciate if you could honor this request.

Concerns raised by the government (+responses).

① 3 Computers
   → client-computer
   → company computer
   → personal computer

② 
→ 2 personal cell phones
→ 1 Broken/old cell - not a working cell phone
→ 1 cell phone I had phone - not a working cell

③ Flight Risk

The FBI has my passport, don't have other passports. My family lives here, never lived outside of the U.S. since I came to US in 1986 and my two daughters live here.

④ Danger to society or Alledged Victims
- First time offender / no criminal history in 42 years. Don't know where alledged victims live. I only have a complaint

Never used force, violence, threats, aggression assaulted any one, slapped, choked or said I am a police officer; these are allegations your honor; I can assure you of this.

Jose Torres
Federal Inmate
D.O.B. 8/1/1977
S.S. # 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
Inmate #: J-2020-03855

(8) Please note I am being on conditions that are not allowing me to meet w/ my attorney, I am not indicted, I cannot defend my charges that have been filed. I have called but have not met or spoken to my attorney and not sure when I will.

I assure you I will show up to court when you need me.

I have also not been able to reach my 16 and 10 year old daughters. Thank you!

(5) Not taking any ~~~ but never took off and generated zero dollars.

(6) Ties w/ other countries
  → Don't have ties w/ other countries

(7) Conditions at Essex County Jail
  Jail is a terrible place to be. We are on temporary lockdown and there are lack of essentials (soap, toothpaste). We have also been hit w/ cases of the corona virus. Judges are releasing 100's of inmates.

  I would appreciate if you could release me on bail/bond please.

  Thanks,
  Jose Torres
  (please see back)