RECEIVED

JUN 3 0 2020

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

BENEDICT AND ALTMAN
STEVEN D. ALTMAN, ESQ. - ID#254231969
247 Livingston Avenue
New Brunswick, New Jersey  08901
732-745-9000
Attorneys for Defendant
saltman@benedictandaltman.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATE OF AMERICA | HON. BRIAN R. MARTINOTTI |
| Plaintiff | |
| | Case No. 3:20-cr-00418-BRM |
| vs. | CRIMINAL MATTER |
| JOSE TORRES | ORDER ~~GRANTING~~ *Denying* DEFENDANT PRETRIAL RELEASE *for the reasons stated on the record.* |
| Defendant | |

THIS MATTER having been brought before the Honorable Brian R. Martinotti upon the application of Steven D. Altman, Esq., of the law firm of Benedict and Altman, as counsel for the defendant Jose Torres, and in the presence of AUSA Emma Spiro, on behalf of the plaintiff, for an Order granting the defendant Pretrial Release, and the Court having reviewed the papers submitted, and good cause having been shown;

-2-

IT IS on this 30th of June, 2020

ORDERED that the defendant Jose Torres be and hereby is released from the custody of the Department of Corrections and shall abide by all terms and conditions set forth by Pretrial Services.

BRIAN R. MARTINOTTI, J.U.S.D.C.