**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**v.**<br>**JOSE TORRES,**<br>**Defendant.** | **Case No. 20–cr–00418**<br><br>**ORDER** |

**THIS MATTER** having come before the Court on the Government's motion for the entry of a protective order (Motion) (ECF No. 42); and Defendant having opposed the Motion (ECF No. 51); and the Government having filed a reply to Defendant's opposition (ECF No. 52); and for the reasons set forth in the Court's opinion of August 4, 2020,

**IT IS** on this 4th day of **August 2020** **ORDERED** that:

1. The Motion (**ECF No. 42**) is **GRANTED TO THE EXTENT** that it seeks a protective order for "Protected Information" and "Redacted Materials," and is **DENIED TO THE EXTENT** that it seeks a protective order for "Unrestricted Materials."

2. The Government may designate materials to be produced in discovery as "Protected Information," "Redacted Materials," and "Unrestricted Materials."

3. "Protected Information" shall be limited to materials that contain sexually explicit information/images of victims or witnesses; visual depictions of victims or witnesses; and/or otherwise identify victims or witnesses, or are otherwise banned from the Essex County Correctional Facility. Materials designated as "Protected Information" shall be disclosed to Defendant's Counsel only.

4. "Redacted Materials" are materials that include, but are not limited to, materials subject to redaction because they otherwise identify potential victims/witnesses or contain other sensitive information. A single copy of "Redacted Materials" may be disclosed to Defendant, provided he understands that no "Redacted Materials" may be disseminated to the public, or any other

individuals whether connected to the above named case or otherwise and provided that he return the copy of "Redacted Materials" at the conclusion of this case.

5. All materials not designated as "Protected Information" or "Redacted Materials" shall not be subject to restriction or redaction.

6. There shall be no disclosure by Defendant's Counsel of "Protected Information" and "Redacted Materials," other than that provided above, to any individual other than members of the staff of Defendant's Counsel's Office and any experts retained by them.

7. Disclosure of "Protected Information" and "Redacted Materials" shall be made to members of the staff of Defendant's Counsel's Office and any experts retained by them only after explanation of the prohibitions of this order have been made, a violation of which may be punished as contempt. Prior to disclosure of "Protected Information" and "Redacted Materials," Defendant's Counsel shall obtain a signed agreement, in the form attached to this Order as Exhibit A, from the person to whom "Protected Information" or "Redacted Materials" will be disclosed.

8. "Protected Information" and "Redacted Materials" are not to be disseminated to the press and are to be used only to prepare the defense in this case and for no other purpose.

9. "Protected Information" and "Redacted Materials" are not to be disseminated on the internet and are to be used only to prepare the defense in this case and for no other purpose.

10. To the extent Defendant already possesses "Protected Information" or "Redacted Materials," upon production of discovery from the Government to Defendant identifying victims or witnesses, he, or anyone acting on his behalf, is not permitted to disseminate it on the internet or in any other public forum.

11. References to the victims will be consistent with the manner in which they are referred to in the Complaint, and/or their first names only, and all references to their last names or other personally identifying information will be redacted.

*/s/ Edward S. Kiel*
**EDWARD S. KIEL**
**UNITED STATES MAGISTRATE JUDGE**

**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**v.**<br>**JOSE TORRES,**<br>**Defendant.** | **Case No. 20–cr–00418**<br><br>**AGREEMENT TO BE BOUND BY THE PROTECTIVE ORDER** |

I, ________________________________, being duly sworn, state that:

1. My address is ________________________________________________.

2. My present employer is ____________________________ and the address of my present employment is ________________________________________________.

3. My present occupation or job description is ________________________.

4. I have carefully read and understand the restrictions in the Protective Order that is attached to this Agreement, and will comply with all provisions of the Protective Order.

5. I will not disclose to anyone not qualified under the Protective Order any “Protected Information” or “Redacted Materials,” or summaries, abstracts, or indices of “Protected Information” or “Redacted Materials” disclosed to me.

6. I will limit use of “Protected Information” and “Redacted Materials” solely for purpose of this action.

7. No later than the final conclusion of the case, I will return all “Protected Information” and “Redacted Materials,” including summaries, abstracts, and indices thereof which come into my possession, and documents or things which I have prepared relating thereto, to Defense Counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:____

[Name]