Essex County Jail
354 Doremus Ave.
Newark, NJ 07105

September 4, 2021

Honorable Brian R. Martinotti
M.L.K. Building and Courthouse
50 Walnut Street
Newark, NJ 07102

Criminal No. 20-418

Dear Honorable Brian R. Martinotti,

I am contacting you to request an official court analysis of my sentence exposure. According to Federal Rule of Criminal Procedure 32(e)(1) provides that under appropriate circumstances, and with written consent of the defendant, the Court may order the United States Probation Office to conduct a Presentence Investigation and prepare a PSR for a defendant **prior** to the entry of a plea of guilty or nolo contendere.

Please let me know if there is any other method, paperwork or format to request this information. Thank you.

Sincerely,

Jose Torres

From:
Jose Torres
Essex County Jail
354 Doremus Avenue
Newark, NJ 07105

DV DANIELS NJ 070
7 SEP 2021 PM 5 L

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2021 SEP 17 A 9 42

To: Hon. Brian R. Martinotti
Attention: Court Clerk
M.L.K. Building & Courthouse
50 Walnut Street
Newark, NJ 07102

07102-355199