**DAVID E. SCHAFER**
*Attorney-at-Law*
3131 Princeton Pike
Bldg. 2B, Suite 105
Lawrenceville, NJ 08648
(609)439-7790
schafdave@gmail.com

Honorable Brian R. Martinotti                                   February 23, 2022
(By electronic case filing & email)

*United States v. Jose Torres*
Crim. No. 20-418 (BRM)

Dear Judge Martinotti:

    Torres and counsel respectfully request a one-week extension for filing the defense's Reply to the Government's Response to Torres' In Limine Motions. The Reply is presently due Monday, February 28, and we are requesting a filing deadline of Monday, March 7.

    The reasons for this request are the present protocol of Essex County Correctional Facility that requires attorneys to request an in-person visit at least 24 hours ahead of time, as well as Torres' desire to review and discuss the Reply with counsel before he files it.

Respectfully submitted,

*David Schafer*

David Schafer