## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 14-672 (SRC) |
| v. | : | |
| | : | |
| LUIS FIGUEROA | : | ORDER |
| | : | |
| | : | |

**CHESLER**, District Judge

     Defendant Luis Figueroa ("Defendant" or "Figueroa") has filed a number of motions and other filings pro se, in spite of the fact that he was and continues to be represented by legal counsel in this matter, who was appointed by the Court at Defendant's request. As such, Defendant's motions and other submissions to the Court must be filed and signed by his attorney of record. The Third Circuit has held that "there is no constitutional right to hybrid representation . . . Thus, a district court is not obligated to consider pro se motions by represented litigants." United States v. D'Amario, 328 F. App'x 763, 764 (3d Cir. 2009) (citing McKaskle v. Wiggins, 465 U.S. 168, 183 (1984)).

     Defendant may consult his attorney regarding any relief he wishes to request from the Court and proceed accordingly. As such, the Court will not entertain any of Figueroa's currently pending pro se motions. Therefore,

     **IT IS** on this 8th day of March 2021,

     **ORDERED** that Defendant's pro se motions filed on the docket at ECF nos. 175 and 177 be and hereby are **DISMISSED WITHOUT PREJUDICE**.

                                           s/ Stanley R. Chesler
                                           STANLEY R. CHESLER
                                           United States District Judge