Mr. William T. Walsh,

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2022 JUL 20 A 10:29

July 14, 2022

Time and date stamp the enclosed letter and file it unsealed on my docket. Please also file a copy to my Judge, Martinotti.

Thanks,

Jose Torres

(½)

July 14, 2022

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2022 JUL 20 A 10: 29

Dear Judge Martinotti:

I would like to reassert my right to a speedy trial. I do not want anymore continuances. I would like to request a statutes hearing as soon as possible to schedule a trial date. I would like to have my trial within my 70 day speedy trial rights as I have been locked up under horrendous conditions for too long.

Thanks,

Jose Torres

2/2

Jose Jones
Essex County Jail
354 Doremus Avenue
Newark, NJ 07105

DISTRICT OF NEW JERSEY
RECEIVED
2022 JUL 20  A 10: 28

Mr. William T. Walsh
M.L.K. Building + U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

07102-$05015