Jose Torres
J-2020-03855
Essex County Jail
354 Doremus Ave.
Newark, NJ 07105

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2022 AUG 30  A 11: 02

August 24, 2022

Honorable Brian R. Martinotti
M.L.K. Building and Courthouse
50 Walnut Street
Newark, NJ 07102

Criminal No. 20-418 (BRM)

Re: Torres' Pro Se Motion and Documents Hand-Delivered to the Court on 8/23/2022

Dear Honorable Martinotti,

    Per your request during yesterday's Court hearing dated August 23, 2022 scheduled at 11am, I am sending this letter to confirm that I would like to proceed under hybrid representation or pro se. If the Court denies hybrid representation, I would like to proceed pro se with David E. Schaffer as standby counsel.

    During yesterday's Court hearing, I provided the Court with 75 pages of documentation via the U.S. Marshalls present in the courtroom which the Court acknowledged to have received. The 75 pages are comprised of the following:

1. **Pro se motion** and Defendant's preliminary request to the Court (3 pages).
2. **Motion** to Reopen the Appearance of a Conflict of Interest Based on "Newly Discovered Evidence" (10 pages).
3. Defendant's civil lawsuit against Sher Tremonte, et al. The lawsuit describes the scheme that was hatched against the Defendant by AUSA Emma Spiro and Emma Spiro's former boss from Sher Tremonte, Noam Korati Biale, counsel; and former work colleague from Sher Tremonte, Anna Maria Estevao, associate attorney (34 pages).
4. **Motion** for Reconsideration Related to the Court's Opinion and Order Addressing Motions in Limine (7 pages).

1

5. Torres' Response to District Court's Opinion Re: Motions in Limine (17 pages).
6. Sur-reply to Government Response to Motion for Temporary Release (4 pages).

Respectfully Submitted,

*/s/ Jose Torres*

Jose Torres
Defendant

