

**U.S. Department of Justice**
*United States Attorney*
*District of New Jersey*

---

*Emma Spiro*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*
*Direct Dial: (973) 645-2746*

October 18, 2022

<u>Via E-Mail and ECF</u>

The Honorable Brian R. Martinotti
United States Magistrate Judge
Martin Luther King, Jr. Federal
Building and Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    <u>United States v. Jose Torres</u>
             Crim. No. 20-418 (BRM)

Dear Judge Martinotti:

      The United States respectfully submits this letter to request a ten-day adjournment of its response to Torres' motion to proceed under hybrid representation, or, in the alternative to proceed pro se with standby counsel (the "Motion"). Currently, the Government's response to the Motion is due by October 28, 2022 and Torres' reply is due by November 30, 2022. <u>See</u> D.E. 182. If the Court were to grant this request, the Government's response would be due by November 7, 2022 and Torres' reply would be due by December 9, 2022.

1

Thank you for your consideration of this matter.

Very truly yours,

PHILIP R. SELLINGER
United States Attorney

*Emma Spiro*

By: Emma Spiro
      Shawn Barnes
      Assistant U.S. Attorneys

cc:    David Schafer, Esq.

**SO ORDERED:**

_____

**BRIAN R. MARTINOTTI, U.S.D.J**
**Dated:  10/18/2022**

2