UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Brian R. Martinotti |
| | : | |
| v. | : | Crim. No. 20-418 |
| | : | |
| JOSE TORRES | : | **ORDER** |
| | : | |

This matter is before the Court for a hearing on (1) Defendant Jose Torres's ("Torres") August 22, 2022 Motion to proceed under hybrid representation, or in the alternative, *pro se* (the "August Motion"), and (2) the Government's December 5, 2022 motion for a filing injunction (the "December Motion"). Having reviewed the parties' submissions filed in connection with the August Motion (*see* ECF Nos. 174, 186, 196, 210) and the December Motion (*see* ECF Nos. 193, 206, 207) and having held a hearing in this matter on January 6, 2023, and for the reasons set forth on the record at the hearing, including but not limited to that Torres is currently represented, not entitled to hybrid representation, and, nevertheless submitted *pro se* filings in violation of multiple court orders, and for good cause shown,

It is, on this  10th  day of January, 2023,

ORDERED that Torres's *pro se* docket entries 129, 130, 138, 148, 156, 158, 159, 161, 174-1, 183, 185, 187, 210, 211, and 212 shall be stricken from the docket because they violate one or more of this Court's prior rulings as explained by the Government on the record made at the January 6, 2023 hearing, and any

motions they purport to have involved, other than the August Motion, are hereby terminated;

ORDERED that the Clerk's Office shall seal each of the docket entries listed above so that they are no longer available to the public;

ORDERED that the portion of Torres's August Motion seeking to proceed under hybrid representation is DENIED;

ORDERED that Torres is prohibited from filing any future *pro se* filings on the docket until a decision is rendered on the portion of Torres's August Motion seeking to proceed *pro se*; and

ORDERED that decision is **RESERVED** on the December Motion and the portion of the August Motion seeking to proceed *pro se*.

_____
HONORABLE BRIAN R. MARTINOTTI
UNITED STATES DISTRICT JUDGE