UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Brian R. Martinotti |
| | : | |
| v. | : | Crim. No. 20-418 |
| | : | |
| JOSE TORRES | : | **ORDER** |
| | : | |

This matter is before the Court for a hearing on the Government's December 5, 2022 motion to require all future motions by Torres be pre-screened for compliance with the Court's prior orders and applicable rules (the "Filing Injunction Motion"). Having reviewed the parties' submissions filed in connection with the Filing Injunction Motion (see ECF Nos. 193, 206, 207), having held hearings in this matter on January 6, 2023 and on February 22, 2023, and having GRANTED the Filing Injunction Motion, and for the reasons set forth on the record at those hearings,

It is, on this 3rd day of March, 2023,

ORDERED that, to ensure Torres' future filings in this matter fully comply with all orders and rules, Dennis Carletta, Esq., a member of the bar of New Jersey, is hereby appointed as Special Master to conduct the pre-screening of each such *pro se* filing and to provide a report and recommendation regarding its compliance (or not) to this Court to assist the Court in deciding whether to allow such filing to be made publicly available; and it is

1

ORDERED, that, in the execution of this reference the Special Master shall possess and may exercise all powers conferred upon Special Masters in like cases; shall likewise possess and may exercise, to the extent permitted by law and the Constitution, all powers conferred upon U.S. Magistrate Judges by 28 U.S.C. § 636; including all powers to make such orders as may be necessary and appropriate to fulfill the duties assigned to the Special Master under this Order, subject to review by the Court; and it is

ORDERED, that the Special Master shall supervise and issue reports appropriate and necessary to review and screen all *pro se* submissions by Defendant prior to their filing on the public docket, as well as all Rule 17 subpoenas prior to their issuance, and anything else this Court deems necessary; and it is

ORDERED, that the Special Master shall review all of Torres' *pro se* submissions and determine, within 7 days of the submission, whether they are appropriate for public docketing and issue a report and recommendation regarding the same; and it is

ORDERED, that any party may object to any report issued by the Special Master by sending such objection to chambers within 7 days of the issuance of such report; and it is

ORDERED, that the Special Master shall review all of Torres' proposed Rule 17 subpoenas and determine, within 5 days of the proposed subpoena being sent, whether they are appropriate for issuance; and it is

2

ORDERED, that this referral is limited to the duties specified herein unless the Court shall expand the Special Master's duties; and it is

ORDERED, that the Special Master shall receive compensation for his services herein at the hourly rate of $~~997.00~~ $600.00.  The Special Master's fee and other costs incurred by the Special Master in connection with this reference shall be borne by the Government pursuant to Justice Manual § 3-8.400; and it is

ORDERED, that this Order is subject to amendment by the Court *sua sponte*, or upon application of the parties or the Special Master.

_____
HONORABLE BRIAN R. MARTINOTTI
UNITED STATES DISTRICT JUDGE

3