Jose Torres
J-2020-03855
Essex County Jail
354 Doremus Avenue
Newark, NJ 07105

RECEIVED
march 9
~~FEB 28~~ 2023
AT ~~8:00~~ 1:32 pm M
CLERK, U.S. DISTRICT COURT - DNJ

March 8, 2023

Honorable Judge Martinotti, U.S.D.J.
50 Walnut Street
Newark, NJ 07102

Case No. 20-418 (BRM)

Re: **Permission to become familiar with Your Honor's Courtroom**

Dear Judge Martinotti,

In preparation for trial and as a pro se defendant, I am asking for Your Honor's permission to allow me to become familiar with your Courtroom. I want to be able to have the opportunity to be with standby counsel and prepare accordingly. Thank you very much.

Respectfully Submitted,

*Jose Torres*

Jose O. Torres