Jose Torres
J-2020-03855
Essex County Jail
354 Doremus Avenue
Newark, NJ 07105

CLERK
U.S. DISTRICT COURT

March 10, 2023

Honorable Judge Martinotti, U.S.D.J.
50 Walnut Street
Newark, NJ 07102

Case No. 20-418 (BRM)

Re: Request for a prostitution expert   motion

**PLEASE FILE THIS LETTER EXPARTE AND UNDER SEAL**

Dear Judge Martinotti,

    I am requesting funds to hire a prostitution expert to come and testify at trial since the Government alleges that the Defendant enticed the escorts by promising them "exorbitant rates" and that the Sher Tremonte prostitutes/escorts are alleged victims of sexual assault or violence.

    This expert will testify at trial that prostitutes/escorts who are selling their services on the internet cannot be persuaded, induced, or enticed to sell their services. This expert will also testify that when prostitutes/escorts do not get paid, they make false allegations of sexual assault and violence. Without this expert, "there exists a reasonable probability both that an expert would be of assistance to the defense and that denial of expert assistance would result in a fundamentally unfair trial."

    Please advise of your authorization for a prostitution expert.

Respectfully Submitted,

*Jose Torres*  O/T

Jose O. Torres

O.T. 3/11/2023

Page 1 of 1