Docket No.
_____

In the United States Court of Appeals
for the Third Circuit
_____

UNITED STATES OF AMERICA, Plaintiff-Appellee,

v.

JOSE TORRES, Defendant- Appellant.

---

**ANALYSIS OF PRO SE MOTIONS SUBMITTED TO THE DISTRICT COURT AND REVIEWED BY THE SPECIAL MASTER AND ANALYSIS OF 11 ADDITIONAL MOTIONS SUBMITTED TO THE COURT BY DEFENDANT**

**DISTRICT COURT DOCKET NO.: 20-418-BRM**

---

LINWOOD A. JONES, ESQ.
7 Glenwood Avenue, Suite 414B
East Orange, NJ 07017
O: 973-676-7439
F: 973-674-8043
E-Fax: 888-413-5141
E-Mail: linwoodjonesesq@gmail.com
Co-Counsel for Defendant Jose Torres

**ANALYSIS OF PRO SE MOTIONS SUBMITTED TO THE DISTRICT COURT AND REVIEWED BY THE SPECIAL MASTER:**

|   | DESCRIPTION OF MOTION | SEALED/REDACTED | TOTAL NO. OF PAGES | TOTAL NO. OF MOTION PAGES | TOTAL NO. OF EXHIBITS PAGES | SUBMITTED BY |
|---|---|---|---|---|---|---|
| 1 | Bail motion base on "newly discovery" evidence (filing #1) | Sealed | 92 | 44 | 48 | Torres |
| 2 | Crime-Fraud exception motion (filing #7 | Seal | 35 | 28 | 7 | Torres |
| 3 | Motion for Reconsideration- conflict of interest based on " newly discovered evidence (filing #8) | Sealed | 38 | 12 | 26 | Torres |
| 4 | Motion to appointed special counsel to investigate issues of perjury, government and prosecutorial misconduct (filing #14) | Sealed | 70 | 27 | 43 | Torres |
| 5 | Supplemental motion regarding DOJ's website "Ethics Handbook (filing #27) | Sealed | 26 | 6 | 20 | Torres |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | Motion to dismiss superceding indictment (filing #32) | Sealed | 13 | 10 | 3 | Torres |
| 7 | Motion to call AUSA Emma Spiro as a witness (filing #34) | Sealed | 14 | 8 | 6 | Torres |
| 8 | Motion to permit defendant o present arguments to jury- in limine (Filing #36) | Sealed | 5 | 5 | 0 | Torres |
| 9 | Torres's motions submitted to the Court (Filing #3) | With redactions | 3 | 3 | 0 | Status tracker-not a motion |
| 10 | Motions regarding 5th and 6th amendment violations (filing #4) | With redactions | 11 | 11 | 0 | Torres |
| 11 | Motions to be permitted to file additional motions as it become necessary (filing #5 | With redactions | 2 | 2 | 0 | Torres |

| 12 | Letter to AUSA Spiro regarding Attorney General's December 16, 2022 policy mandate (filing #6) | With redactions | 2 | 2 | 0 | Torres |
|---|---|---|---|---|---|---|
| 13 | Defendant's Motion for reconsideration regarding in-limine (filing #9) | With redaction | 39 | 7 | 32 | Torres |
| 14 | Defendant's Motion in opposition to memorandum of Government in support of motion for a filing of injunction (filing #10) | With redactions | 8 | 4 | 4 | Torres |
| 15 | Defendant's Motion requesting Court to required Government to make available early disclosure of Jencks Material (filing #11) | With redactions | 5 | 4 | 1 | Torres |
| 16 | Defendant's Motion for Sequestration (filing #16) | With redactions | 3 | 3 | 0 | Torres |

| 17 | Defendant reply to Government response re: pro se representation, shackling, limiting cross examination of victims (filing #19 | With redactions | 5 | 5 | 0 | Torres |
| --- | --- | --- | --- | --- | --- | --- |
| 18 | Defendant response to Court's in limine decision (filing #21) | With redactions | 17 | 17 | 0 | Torres |
| 19 | Motions submitted to the Court-31 in Total (filing #30) | With redactions | 4 | 4 | 0 | Status Tracker - not a motion |
| 20 | Request for Brady Material (filing #2) | No redactions | 3 | 3 | 0 | Torres |
| 21 | Motion for daily transcripts (filing #12) | No redactions | 3 | 3 | 0 | Torres |
| 22 | Motion requesting internet access during trial (filing #13) | No redactions | 2 | 2 | 0 | Torres |

| 23 | Motion to prohibit the use of the term "victim" during trial to describe prostitutes (filing #15) | No redactions | 2 | 2 | 0 | Torres |
| 24 | Motion to vacate protective order to allow all defendant all discovery unredacted (filing 17) | No redactions | 2 | 2 | 0 | Torres |
| 25 | Torres will stipulate to any elements of the offenses (filing #18) | No redactions | 2 | 2 | 0 | Torres |
| 26 | Require Government to review personnel files of participating officers and disclose any information useful to defendant (filing #20) | No redactions | 3 | 3 | 0 | Torres |
| 27 | Motion to permit Defendant to participate in sidebar conferences (filing#22) | No redactions | 2 | 2 | 0 | |

| 28 | Motion to seal ex parte order for issuance of subpoenas and testificandum(filing #23) | No redactions | 12 | 12 | 0 | Submitted by Counsel David Schafer, Esq. |
|----|---|---|---|---|---|---|
| 29 | Motion to seal ex parte (filing #24) | No redactions | 12 | 12 | 0 | Submitted by Counsel David Schafer, Esq. |
| 30 | Permission to become familiar with Courtroom (filing #25) | No redactions | 1 | 1 | 0 | Torres |
| 31 | Requesting permission from the Court to be notified of any pro se motions not in compliance (filing #26) | No redactions | 4 | 1 | 3 | Torres |
| 32 | Requesting prostitution expert (filing #28) | No redactions | 1 | 1 | 0 | Torres |
| 33 | Motion to seal ex parte order for issuance of subpoena and testificandum (filing #29) | No redactions | 10 | 10 | 0 | Submitted by Counsel David Schafer, Esq. |
| 34 | Pretrial scheduling order regarding Rule 404(b) evidence (filing #31) | No redactions | 9 | 3 | 6 | Torres |

| 35 | Request for a second standby counsel (filing#33) | No redactions | 1 | 1 | 0 | Torres |
|---|---|---|---|---|---|---|
| 36 | Motion to admit "Reverse 404(b) evidence (filing #35) | No redactions | 15 | 5 | 10 | Torres |
| | Total No. Of Pages | | 477 | 268 | 209 | |
| | Total No. of pages submitted by Defendant Jose Torres | | 436 | 227 | 209 | |

SUM:

| Total No. of filings | 36 | |
|---|---|---|
| Filing submitted by Defense Counsel David Schaefer, Eq. | | 3 |
| Trackers accidentally included in the filings | | 2 |
| Filing by Defendant Jose Torres | | 31 |
| Total | | 36 |
| Averages | Pages per motion, excluding exhibits | 7 |
| | Pages per motion including exhibits | 15 |

**ANALYSIS OF 11 ADDITIONAL MOTIONS SUBMITTED TO THE COURT BY DEFENDANT**

|    | DESCRIPTION | TOTAL NO. OF PAGES | TOTAL NO. OF MOTION PAGES | TOTAL NO. OF EXHIBIT PAGES | SUBMITTED BY: |
|----|-------------|--------------------|---------------------------|----------------------------|----------------|
| 37 | Defendant objection to Government request to obtain Defendant's list of subpoenas | 2 | 2 | 0 | Torres |
| 38 | Request hearing re: Special Master's recommendation not to post certain of Defendant's motion on the public calendar | 3 | 3 | 0 | Torres |
| 39 | Motion to have access to a compute and mouse throughout the trial proceedings | 2 | 2 | 0 | Torres |
| 40 | Motion to preclude uncharged prostitutes from testifying (Motion in limine) | 22 | 5 | 17 | Torres |
| 41 | Response to Government's expert disclosures a requests for reciprocal discovery | 26 | 5 | 21 | Torres |

| 42 | Response to Frank Morano's motion to quash Torres' subpoena | 10 | 3 | 7 | Torres |
|---|---|---|---|---|---|
| 43 | Request for a data extraction interpreter | 1 | 1 | 0 | Torres |
| 44 | Request for approved international subpoenas to be sent to Carlos Torres | 1 | 1 | 0 | Torres |
| 45 | Request for private investigator in Canada | 1 | 1 | 0 | Torres |
| 46 | Response to Bruce Keller's Motion | 7 | 3 | 4 | Torres |
| 47 | Letter requesting a social security number or the equivalent or passport information for Count 2 of the superceding indictment | 1 | 1 | 0 | Torres |
|  | **TOTAL NO. OF PAGES SUBMITTED BY DEFENDANT** | 76 | 27 | 49 |  |

**SUMMARY AS TO 11 ADDITIONAL MOTIONS:**
    11 additional motions filed by Defendant, for a total of 47 motions
    Average of 2pages per motion, excluding exhibits
    Average of 4 pages per motion including exhibits
    Average of 6 pages per motion including exhibits

**SUMMARY AS TO ALL MOTIONS**

    42 total motions filed by Defendant
    Average of 6 pages per motion, excluding exhibits
    Average of 12 pages per motion, including exhibits