DLD-168

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 23-2085

_____

IN RE: JOSE TORRES,
                        Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of New Jersey
(Related to D.C. Crim. No. 2-20-cr-00418-001)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
June 29, 2023
Before: JORDAN, CHUNG, and SCIRICA, Circuit Judges

_____

**ORDER**

_____

**PER CURIAM:**

This cause came to be considered on a petition for writ of mandamus submitted on June 29, 2023. On consideration whereof, it is now hereby

ORDERED by this Court that the petition for writ of mandamus be, and the same is, denied. All of the above in accordance with the opinion of the Court.

DATED: July 14, 2023

kr/cc: Jose Torres
       Mark E. Cyne, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk