**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES**

Judge: BRIAN R. MARTINOTTI               Date: 10/10/2023
Court Reporter: TAMMERA WITTE            Docket No: 2:20-CR-418

Title of the Case:

UNITED STATES OF AMERICA
v.                                                                        \
JOSE TORRES

Appearances:

Emma Spiro & Shawn Barnes, AUSA
David Schafer & Linwood Jones, Attorneys for Defendant
Monica Cueto & Ronald Conyers, Special Agents
Denise Studlack, Analyst

Nature of Proceedings:

Defendant present
Trial with jury continue before the Hon. Brian R. Martinotti
Jury not present
Hearing on Defendant's application to call a witness not listed on Defendant's final trial witness list. Argument held. Court sustained the Government's objection to this request under Federal Rules of Evidence 402 and 403.
Jury present
Special Agent, John Hauger sworn on behalf of the Govt.
Limited Instruction re: Expert Witness Testimony
Special Agent, Hauger resumes
Govt. RESTS
Jury not present
Hearing on Deft's Rule 29 application. Argument held. Court ordered application is denied.
Lunch Recess (11:35 pm – 1:00 pm)
Jury present
Defendant, Jose Torres sworn.
Jury not present.
Hearing on Govt's application to be able to cross-examine Defendant regarding certain prior conduct, pursuant to FRE 608(b). Court ordered application Granted. Opinion to be filed.
Jury present
Jose Torres resumes.

Trial w/ Jury adjourned until 10/11/23 @ 9:00 am
Defendant remanded.

                                                *Lissette Rodriguez*
                                                Lissette Rodriguez, Courtroom Deputy

Commenced:   9:20 am
Concluded:    4:30 pm