## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Brian R. Martinotti, U.S.D.J. |
| v. | : | Crim. No. 20-418 |
| JOSE TORRES | : | |

## **VERDICT FORM**

We, the jury in the above-captioned case, unanimously return the following verdicts:

### **COUNT ONE**
(Persuading, Inducing, or Enticing Victim-1 (Lindsey B.) to Travel in Interstate Commerce for the Purpose of Prostitution)

GUILTY ✓                    NOT GUILTY ___

1

## COUNT TWO
(Persuading, Inducing, or Enticing Victim-2 (Katherine L.) to Travel in Foreign Commerce for the Purpose of Prostitution)

GUILTY ✓          NOT GUILTY ___

## COUNT THREE
(Persuading, Inducing, or Enticing Victim-3 (Chelsea L.) to Travel in Interstate Commerce for the Purpose of Prostitution)

GUILTY ✓            NOT GUILTY ___

## COUNT FOUR
(Persuading, Inducing, or Enticing Victim-4 (Anna T.) to Travel in Interstate Commerce for the Purpose of Prostitution)

GUILTY ✓          NOT GUILTY ___

▇▇▇▇▇▇▇▇▇▇
FOREPERSON

10/11/2023
DATE

4