9/25/2023
Subject to Amendment and Revision

# UNITED STATES DISTRICT COURT
# DISTRICT OF NJ

| UNITED STATES OF AMERICA | : | Hon. Brian R. Martinotti |
| --- | --- | --- |
| v. | : | Crim. No. 20-418 (BRM) |
| JOSE TORRES | : | **COURT TRIAL EXHIBIT LIST** |

| Presiding Judge: Brian R. Martinotti | Government: Emma Spiro, Shawn Barnes | Defendant's Counsel: David Schafer, Linwood Jones pa |
| --- | --- | --- |
| Trial Dates: 10/03/23; 10/04/23; 10/05/23; 10/06/23; 10/10/23; 10/11/23 | Court Reporter: Tammera Witte | Courtroom Deputy: Lissette Rodriguez |

| **Exhibit Number** | **Description** | ID | Evid. |
| --- | --- | --- | --- |
| GOVERNMENT EXHIBITS | | | |
| Victim-1 (Lindsey B.) | | | |
| 100 | Backpage Advertisement PDF | 10/05/23 | 10/05/23 |
| 100a | Backpage Photograph 1 | | |
| 100b | Backpage Photograph 2 | | |

| 100c | Advertisement Information | 10/05/23 | 10/05/23 |
|---|---|---|---|
| 100d | User Information | 10/05/23 | 10/05/23 |
| 100e | Images Spreadsheet | | |
| 100f | Imagines Uploaded Spreadsheet | | |
| 101 | T-Mobile Subscriber Information | 10/06/23 | 10/06/23 |
| 101a | T-Mobile Certificate of Authenticity | | |
| 102 | United Airlines Subpoena Return | | |
| 102a | United Airlines Certificate of Authenticity | | |
| 103 | Chase Account Records | 10/05/23 | 10/05/23 |
| 103a | Chase Certificate of Authenticity | | |
| 104 | Marriott Records | | |
| 104a | Marriott Certificate of Authenticity | | |
| 105 | Lindsey B. Email regarding Hotwire | | |

| 106 | Nevada Police Report | | |
|---|---|---|---|
| 107 | North Brunswick Police Report | | |
| 108 | Lindsey B. Email to PD | | |
| 109 | Report of Investigation 11-20-2019 | | |
| 110 | Report of Investigation 2-3-2020 | | |
| **Victim-6 (Anna T.)** | | | |
| 200 | Email Message dated 11-17-2015 at 08:20 | 10/05/23 | 10/05/23 |
| 200a | Email Message dated 11-17-2015 at 10:15 | | |
| 200b | Email Message dated 11-18-2015 at 07:31 | | |
| 200c | Email Message dated 11-18-2015 at 09:11 | | |
| 200d | Email Message dated 11-18-2015 at 09:32 | | |
| 200e | Email Message dated 11-18-2015 at 10:46 | | |
| 200f | Email Message dated 11-18-2015 at 12:53 | | |

| | | | |
|---|---|---|---|
| 200g | Email Message dated 11-18-2015 at 13:05 | | |
| 200h | Email Message dated 11-18-2015 at 13:13 | | |
| 200i | Email Message dated 11-18-2015 at 13:36 | | |
| 200j | SMS Message dated 11-18-2015 at 14:39 | | |
| 200k | SMS Message dated 11-18-2015 at 14:51 | | |
| 200L | SMS Message dated 11-18-2015 at 15:01 | | |
| 200m | SMS Message dated 11-18-2015 at 15:27 | | |
| 200n | SMS Message dated 11-18-2015 at 16:02 | | |
| 200o | SMS Message dated 11-18-2015 at 19:06 | | |
| 200p | SMS Message dated 11-18-2015 at 19:06 | | |
| 200q | SMS Message dated 11-18-2015 at 20:21 | | |
| 200r | SMS Message dated 11-18-2015 at 20:28 | | |
| 200s | SMS Message dated 11-18-2015 at 21:31 | | |

| | | | |
|---|---|---|---|
| 200t | SMS Message dated 11-18-2015 at 21:32 | | |
| 200u | SMS Message dated 11-18-2015 at 21:32 | | |
| 200v | SMS Message dated 11-18-2015 at 21:34 | | |
| 200w | SMS Message dated 11-18-2015 at 21:37 | | |
| 201 | Screenshots of Text Messages | 10/05/23 | 10/05/23 |
| 202 | Screenshots of Email Messages | | |
| 203 | AT&T Subscriber Information | 10/06/23 | 10/06/23 |
| 203a | AT&T Toll Records | 10/05/23 | 10/06/23 |
| 203b | AT&T Certificate of Authenticity | | |
| 204 | Anna T. Email to PD | | |
| 205 | Interview Report 8-31-2020 | | |
| 206 | Anna T. Google Return Letter | 10/06/23 | 10/06/23 |
| 206a | Anna T. Google Return | 10/06/23 | 10/06/23 |

| Victim-4 (Lindsay R.) | | | |
|---|---|---|---|
| 300 | Uber Receipts | | |
| 301 | Verizon Subscriber Information | | |
| 301a | Verizon Toll Records | | |
| 301b | Verizon Certificate of Authenticity | | |
| 303 | Screenshot of Messages | | |
| 304 | Report of Investigation 5-21-2020 | | |
| 305 | Interview Report 6-30-2020 | | |
| 306 | Interview Report 7-23-2020 | | |
| 307 | Lindsay R. Emails | | |
| 308 | Emails from Lindsay R. to agents | | |
| 309 | Lindsay R. Bank Statement | | |
| 309a | Lindsay R. Bank Statement Certification | | |

| | Victim-5 (AK) | | |
|---|---|---|---|
| 400 | T-Mobile Subscriber Information | | |
| 400a | T-Mobile Certificate of Authenticity | | |
| 401 | Photograph of A.K.'s Legs | | |
| 402 | Police Reports | | |
| 403 | Interview Report 9-24-20 | | |
| 404 | Interview Report 10-20-20 | | |
| | Victim-3 (Chelsea L.) | | |
| 500 | Eros Advertisement PDF | 10/06/23 | 10/06/23 |
| 501 | AT&T Subscriber Information | 10/06/23 | 10/06/23 |
| 501a | AT&T Toll Records | 10/06/23 | 10/06/23 |
| 501b | AT&T Records with Cell Location | 10/05/23 | 10/06/23 |
| 501c | AT&T Certificate of Authenticity | | |

| 502 | Holiday Inn Hotel Folio | 10/06/23 | 10/06/23 |
|---|---|---|---|
| 502a | Holiday Inn Certificate of Authenticity | | |
| 503 | TD Bank Statement | | |
| 503a | TD Bank Certificate of Authenticity | | |
| 504 | Interview Report 10-4-19 | | |
| 505 | Interview Report 4-22-20 | | |
| 506 | Interview Report 5-12-20 | | |
| **Victim-2 (Katherine L.)** | | | |
| 600 | Bell Canada Account Profile | | |
| 600a | Bell Canada Call Detail Records | 10/06/23 | 10/06/23 |
| 600b | Bell Canada (2,298 contacts) | | |
| 600c | Bell Canada Roaming | | |
| 600d | Bell Canada Towers List | | |

| | | | |
|---|---|---|---|
| 600e | Bell Canada CNA Report | | |
| 600f | Bell Canada Certificate of Authenticity | | |
| 600g | Bell Canada Records in Excel | 10/06/23 | 10/06/23 |
| 601 | United Airlines Boarding Passes | 10/06/23 | 10/06/23 |
| 602 | Nova Scotia Bank Records | | |
| 603 | $20,000 Check from Torres | 10/06/23 | 10/06/23 |
| 604 | Katherine L. Emails | 10/06/23 | |
| 605 | Interview Report 10-30-19 | | |
| 606 | Interview Report 2-3-20 | | |
| 607 | Parking Ticket | | |
| 608 | United Subpoena Return | | |
| 608a | United Certificate of Authenticity | | |
| **Jose Torres Records** | | | |

| | | | |
|---|---|---|---|
| 700 | TD Bank Statement | 10/06/23 | 10/06/23 |
| 700a | TD Bank Certificate of Authenticity | | |
| 700b | Signature Card for TD Bank Account | 10/06/23 | 10/06/23 |
| 701 | JP Morgan Statement | | |
| 701a | JP Morgan Certificate of Authenticity | | |
| 702 | Holiday Inn Folio #150666 | | |
| 702a | Holiday Inn Folio #150666 Certificate of Authenticity | | |
| 703 | Holiday Inn Folio #201266 | 10/06/23 | 10/06/23 |
| 703a | Holiday Inn Folio #201266 Certificate of Authenticity | | |
| 704 | Hilton Folio November 2015 | 10/06/23 | 10/06/23 |
| 704a | Hilton Folio December 2015 | | |
| 704b | Hilton Folios Certification of Authenticity | | |
| 705 | AT&T Subscriber Information (0630) | 10/06/23 | 10/06/23 |

| | | | |
|---|---|---|---|
| 705a | AT&T Wireline (0630) | 10/06/23 | 10/06/23 |
| 705b | AT&T Tolls (0630) | 10/06/23 | 10/06/23 |
| 705c | AT&T Cell Site (0630) | 10/06/23 | 10/06/23 |
| 705d | AT&T Certificate of Authenticity (0630) | | |
| 706 | T-Mobile Subscriber Information (1403) | 10/06/23 | 10/06/23 |
| 706a | T-Mobile Certificate of Authenticity (1403) | | |
| 707 | T-Mobile Subscriber Information (2298) | 10/06/23 | 10/06/23 |
| 707a | T-Mobile Data (2298) | 10/06/23 | 10/06/23 |
| 707b | T-Mobile CDR Meditations (2298) | 10/06/23 | 10/06/23 |
| 707c | T-Mobile Certificate of Authenticity (2298) | | |
| 708 | T-Mobile Subscriber Information (7002) | 10/06/23 | 10/06/23 |
| 708a | T-Mobile CDR Meditations (7002) | | |
| 708b | T-Mobile Certificate of Authenticity (7002) | | |

| | | | |
|---|---|---|---|
| 709 | T-Mobile Subscriber Information (9807) | 10/06/23 | 10/06/23 |
| 709a | T-Mobile CDR Meditations (9807) | 10/06/23 | 10/06/23 |
| 709b | T-Mobile Certificate of Authenticity (9807) | | |
| 710 | AT&T Subscriber Information | | |
| 710a | AT&T Certification of Authenticity | | |
| 711 | T-Mobile Subscriber Information | 10/06/23 | 10/06/23 |
| 711a | T-Mobile Certificate of Authenticity | | |
| 712 | Google Subscriber Information | 10/06/23 | 10/06/23 |
| 712a | Google Certification of Authenticity | | |
| 713 | 2019 Tax Return | | |
| 714 | Jose Torres Driver's License | 10/06/23 | 10/06/23 |
| 715 | NJ Division of Revenue and Enterprise Services Pending Revocation Notice | 10/06/23 | 10/06/23 |
| 716 | Unopened Mail for Jose Torres and JTBoss | 10/06/23 | |

| | | | |
|---|---|---|---|
| 717 | TD Bank Records for Navigant Consulting | | |
| 717 | TD Bank Certificate of Authenticity | | |
| 718 | JPMorgan Chase Bank Records | | |
| 718a | JPMorgan Chase Bank for Marriot Bonvoy Account 3442 | 10/06/23 | 10/06/23 |
| 718b | JPMorgan Chase Bank Certificate of Authenticity | | |
| 719 | Notice of Intended Set-Off | | |
| 720 | Tax Forgiveness Letter | | |
| 721 | Wells Fargo Account Statement 8/1/2019 | | |
| 722 | Wells Fargo Account Statement 12/1/2019 | | |
| 723 | Tax Lien 904Investigation Letter | | |
| 724 | Handwritten Pages from Note Pad | | |
| 725 | Various Mail | | |
| 726 | Additional Various Mail | | |

| | | | |
|---|---|---|---|
| 727 | Netspend Mail | | |
| 728 | TD Bank Jose Torres Bill Pay Payee List | | |
| 728a | TD Bank Records Certification | | |
| **Experts** | | | |
| 800 | Robert Bartusik CV | | |
| 801 | Alberto Carranza CV | | |
| 802 | Jonathan DeMeester CV | | |
| 803 | Amanda Brenner CV | | |
| 804 | John C. Hauger, Jr. CV | | |
| 805 | CAST Report | 10/10/23 | 10/10/23 |
| 806 | Matthew Frost CV | | |
| 814 | Extraction Report – Summary Page (IMEI 353218102009900) | 10/05/23 | 10/05/23 |
| 815 | Extraction Report Cellebrite (11.30.19 Messages) | | |

| | | | |
|---|---|---|---|
| 816 | Extraction Report Cellebrite (Madison Messages) | | |
| 817 | Extraction Report Cellebrite (Nikki Messages) | | |
| 818 | Extraction Report Cellebrite (Dee Messages) | 10/05/23 | 10/05/23 |
| 819 | Extraction Report Cellebrite (3798 Messages) | | |
| 820 | Extraction Report Cellebrite (April Messages) | | |
| 821 | Extraction Report Cellebrite (Ayla Messages) | 10/05/23 | |
| 821a | Extraction 14 pages of something in (821) | 10/05/23 | 10/05/23 |
| 822 | Extraction Report Cellebrite (Nadja Messages) | | |
| 822a | | 10/05/23 | 10/05/23 |
| 823 | Extraction Report Cellebrite (Danielle Messages) | | |
| 824 | Extraction Report Cellebrite (12.05.2019 Message) | | |
| 825 | Extraction Report Cellebrite (7825 Message) | | |

| 850 | Extraction Report Summary Page 1 (IMEI 353102100274163) | 10/06/23 | 10/06/23 |
| --- | --- | --- | --- |
| 850a | Extraction Report Summary Page 2 (IMEI 353102100274163) | 10/06/23 | 10/06/23 |
| 851 | Extraction Report 05-21-18 | 10/06/23 | 10/06/23 |
| 852 | Thumbnail 1 (Chelsea L.) | 10/06/23 | 10/06/23 |
| 853 | Thumbnail 2 (Chelsea L.) | 10/06/23 | 10/06/23 |
| 854 | Chain of Custody for Pink iPhone S Model #A1688 | | |
| 855 | Chain of Custody for Black Apple iPhone In Case | | |
| 856 | Chain of Custody for Item 26: Black Dell Laptop Service Tag 61D8582 | | |
| 857 | Chain of Custody for Item 27: Black HP Laptop Model 15T-da000, Serial #CND83955GS | | |
| 858 | Chain of Custody for Item 4: Apple iPhone IMEI: 354444061550291, Model: A1549 | | |
| 859 | FBI 302 on Jose Torres' Arrest | | |
| 860 | FBI 302 on Receipt of Wallet and Cellular Telephone | | |

| 861 | FBI 302 on Search of 2017 Silver Honda Civic | | |
| --- | --- | --- | --- |
| 862 | FBI Vehicle Search Evidence Log | | |
| 863 | HSI Seized Property Certification for iPhone 6 | | |
| 864 | HSI Seized Property Certification for iPhone 8 | | |
| **Physical Evidence & Misc. Items** | | | |
| 900 | Apple iPhone IMEI 353218102009900 | 10/05/23 | |
| 901 | Apple iPhone IMEI 353102100274163 | 10/06/23 | |
| 902 | Stipulation | | |
| 903 | | | |
| 904 | $20,000 Check from Torres | 10/06/23 | 10/06/23 |
| **Defendant's Exhibits** | | | |
| 1H | Call Logs with L.B. | 10/10/23 | 10/11/23 |
| 6(A)h | Calls to & from K.L. | 10/10/23 | 10/11/23 |
| 6(B)h | | 10/10/23 | 10/11/23 |

| | | | |
|---|---|---|---|
| 6 (C)h | 26 texts to & from K.L. | 10/10/23 | 10/11/23 |
| 6(D)h | Text messages & calls to & from K.L. | 10/10/23 | 10/11/23 |
| 6(E)h | Text messages & calls to & from K.L. | 10/10/23 | 10/11/23 |
| 6(F)h | Text messages & calls to & from K.L. | 10/10/23 | 10/11/23 |
| 6(G)h | Text messages & calls to & from K.L. | 10/10/23 | 10/11/23 |
| 6(H)H | Text messages & calls to & from K.L. | 10/10/23 | 10/11/23 |
| 6(I)h | | 10/10/23 | 10/11/23 |
| 6(J)h | | 10/10/23 | 10/11/23 |
| 6(K)h | | 10/10/23 | 10/11/23 |
| 6(L)H | | 10/10/23 | 10/11/23 |
| 10(H) | Calls & Texts to Chelsea L | 10/10/23 | 10/11/23 |
| 24 | A.T. 302 of 08/31/2020 Interview | 10/05/23 | |
| 51(A)h | AT&T Call log | 10/10/23 | 10/11/23 |
| 51(B)h | Calls to & From AT&T on cell phones | 10/10/23 | 10/11/23 |
| 51(C) h | | 10/10/23 | 10/11/23 |
| 51(D)h | Calls to & From AT&T on cell phones | 10/10/23 | 10/11/23 |

| | | | |
|---|---|---|---|
| 51(E)h | Calls to & From AT&T on cell phones | 10/10/23 | 10/11/23 |
| 51(F)h | Calls to & From AT&T on cell phones | 10/10/23 | 10/11/23 |
| 127 | C.L. photo, "Eros Guide 8/8/17" | 10/06/23 | |
| **COURT EXHIBITS** | | | |
| CT1 | Redacted Indictment | 10/11/23 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I HEREBY ACKNOWLEDE THE RETURN OF ALL ORIGINAL EXHIBITS MARKED INTO EVIDENCE.

NAME:
ON BEHALF OF THE GOVT.
DATED: 10/11/23

NAME: David Schafer    DAVID SCHAFER
ON BEHALF OF DEFENDANT, JOSE TORRES
DATED: 10/11/23