**DAVID E. SCHAFER**
*Attorney-at-Law*
A Professional Corporation
2273 State Highway 33
Suite 207
Trenton, NJ  08690

United States v. Jose Torres
20-418 (BRM)

**DEFENDANT'S REQUEST TO PROCEED *PRO SE* FOR SENTENCING**

Dear Judge Martinotti:

    Please accept this letter in lieu of a formal motion. Mr. Torres forwarded his first written request to proceed *pro se* for sentencing to the District Court on January 10, 2023, filed on 01/17/24, Docket Document 392. On January 25, 2023, he made a subsequent written request to proceed *pro se* for sentencing, filed on 02/02/24, Docket Document 393.

    As the U.S. Probation Office may shortly be releasing its Draft Presentence Investigation Report, defense counsels move to have a hearing as soon as possible to determine whether Mr. Torres' request is voluntary, knowing and intelligent, and whether or not the Court determines that Mr. Torres can proceed *pro se* for his sentencing. *See United States v. Salemo*, 61 F.3d 214, 221 (3d Cir. 1995). *See, also, United States v. Taylor*, 21 F.4$^a$ 94, 97 (3d Cir. 2021); *United States v. Hughes*, 2022 U.S. App. LEXIS 2712, *1, 2022 WL 278371 (3d Cir. 2022); *United States v. Low*, 401 Fed. Appx. 664, 667 (3d Cir. 2010).

Respectfully submitted,

*David Schafer*

David Schafer
Counsel for Jose Torres

cc: Shawn Barnes, Assistant United States Attorney