

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*Bruce P. Keller*  970 Broad Street, 7th floor  973-645-2930
*Assistant U.S. Attorney*  Newark, New Jersey 07102
*Special Counsel to the U.S. Attorney*

June 20, 2024

Hon. Brian R. Martinotti
United States District Judge
United States Post Office and
   Federal Courthouse
2 Federal Square
Newark, New Jersey 07102

>  Re:  <u>United States v. Jose Torres</u>
>     Crim. No. 20-418 (BRM)

Dear Judge Martinotti:

   This responds to Torres' letter, Dkt. #432, claiming, among other things, that he now is subject to inhumane lockdowns that preclude his access to law library materials and interfere with his ability to prepare for next week's sentencing. This is simply a version of the same argument he previously made, Dkt. #430 at 2, to which the Government already has responded, Dkt. #431.

   Torres' claim about being denied access to the materials he needs to prepare was not true the first time he made it and it is no more true now. To the contrary, a Government investigator who visited his detention center has confirmed Torres is still accessing law library materials electronically through the computer tablet he (and other inmates) regularly use.

   Far from being so locked up in a cell suffering "extreme lockdown conditions," Dkt. #432 at 1, and unable to prepare for sentencing because he has been deprived "meaningful" library access, Dkt. #430 at 2, (a claim disproven by, among other things, the voluminous sentencing materials he just submitted on June 14), the Government learned, only this afternoon, Torres has found the time, flexibility and resources to distribute, on multiple platforms, numerous slickly produced videos proclaiming the supposed unfairness of the trial and long sentence he faces. *See*

https://www.youtube.com/@Prosecutorialintegrity

https://www.linkedin.com/in/joseph-t-8324a0312/

- 2 -

Among other things, those videos repeat a claim this Court long ago ruled untrue: That Torres has been prosecuted solely as a result of conflicts of interest, corruption and "clear violation[s] of ethical standards." [Innocent Forensics Accounting Expert and defend himself against false accusations. - YouTube](#) at :46-1:02.

That Torres continues to make this and similar claims is yet additional evidence that he lacks all remorse and still refuses to accept responsibility. It is further support for holding the sentencing hearing as scheduled and imposing a sentence at the top of Torres' Guidelines range.

                          Respectfully submitted,

                          PHILIP R. SELLINGER
                          United States Attorney

By:    BRUCE P. KELLER
        Special Counsel to the U.S. Attorney

cc.    David Schafer, Esq.
       Linwood Jones, Esq.
       Jose Torres, *pro se* defendant