Note to Judge B. R. Martinotti                              6/21/2024

CLERK U.S. DISTRICT COURT DISTRICT OF NEW JERSEY RECEIVED 2024 JUL -1 A 11:49

Torres prepared his Sur-Reply to the Government's Reply to their Sentencing Memorandum on Thursday, June 20, 2024 (the same day he received the Government's Reply). Torres notified Mr. Linwood A. Jones (Standby Counsel) as soon as he had access to a jail phone on Friday (at 10:45am) as the tablets were shut-off. Emails and text messages were also sent to Linwood Jones and David E. Schafer (Standby Counsel) by Torres' uncle, Carlos Torres. Linwood and Schafer communicated to Carlos via phone communication (text or email) that they were not going to pick up the Sur-Reply from Torres until Monday, June 24, 2024 in the afternoon despite telling them via email that it was urgent for the Court and the Government to have given that a sentencing hearing was scheduled for Wednesday June 26, 2024. When Torres spoke to Linwood on Friday, June 21, 2024, he told Linwood or Schafer to pick it up 'asap' and eventually Linwood hung up on Torres after telling him he was not going to pick it up until Monday, June 24, 2024 in the afternoon.

Respectfully Submitted,
Jose Torres

Jose Torres
ECCF
354 Doremus Avenue
Newark, NJ 07105

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2024 JUL -1  A 11:49

Court Clerk
50 Walnut Street
Newark, NJ 07102

XRAYED

07102$3551 C014