Jose Torres
Essex County Jail
354 Doremus Avenue
Newark, NJ 07102
J-2020-03855

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2024 JUL -9 P 1:2

**VIA REGULAR MAIL**

June 28, 2024

Brian R. Martinotti
50 Walnut Street
Newark, NJ 07102

Case No.: 20-cr-418 (BRM)

Dear Judge Martinotti,

As you are aware, only 8 escorts/prostitutes make false allegations of violence, 7 of which, are presented by Sher Tremonte, AUSA Emma Spiro's former employer; former supervisor and partner of the firm; Noam Biale; and Anna Estevao, associate, who reports to Noam Biale.  The 8 escorts that make false allegations of violence are the following:

Lindsey B. [Count 1] – Represented by Sher Tremonte

Katherine L. [Count 2] – Represented by Sher Tremonte

Chelsea L. [Count 3] – Represented by Sher Tremonte

Anna T. [Count 4] – Represented by Sher Tremonte

Refer to Torres' Sentencing Memorandum for all the lies that were made by the four charged prostitutes.  Over 90 lies.  Torres' Sentencing Memorandum for Defendant Jose Torres which was submitted to the Court on or about June 12, 2024.

*[handwritten annotation:] DOCUMENTATION ON UNCHARGED ALLEDGED VICTIMS' FALSE ALLEGA-TIONS OF VIOLENCE SEXUAL ASSAULTS*

*[handwritten:] O.I. 6/28/24  1/56*

## Alleged Uncharged Victims

Allison – Represented by Sher Tremonte

Abigail, also known as Abby – Represented by Sher Tremonte

Jade – Represented by Sher Tremonte

Orysia – Not Represented by Sher Tremonte

Since I was not giving an opportunity to address the uncharged victims' allegations of violence during sentencing or any of the charged prostitutes I am addressing them via this letter.

## Allison

Although the Government's false claims that in April 2014 that Torres sexually assaulted her, the Government provides no evidence of Torres assaulting her. The 302 report [bates #470016R-4700022R] does not even mention that she was sexually assaulted or molested. The Government provides no evidence by way of a rape kit, no police report, no bruises, no medical report, absolutely nothing. Allison also never wrote an impact statement nor did she come to testify at trial or during sentencing. Although Allison spoke to Federal law enforcement, she also informed them that she does not feel comfortable giving agents her address.

## Abigail aka Abby

Although the Government's false claims that in the summer of 2019 that Torres "became aggressive" and frightened her into complying with his

sexual demands, the Government once again provides no evidence of Torres sexually assaulting her. The Government provides no evidence by way of a rape kit, no police report, no bruises, no medical report, absolutely nothing to validate their claims. Abigail also never wrote an impact statement nor did she come to testify at trial or during sentencing. Abigail also never wrote an impact statement nor did she come to testify at trial or during sentencing. When Abigail when to Planned Parenthood according to the 302 report [bates#18902R – 18093R], Planned Parenthood asked her if she wanted to pursue charges and "she refused" – a sign that she was not sexually assaulted. A year later, coincidently Abigail speaks with federal law enforcement. The FBI and DHS once Sher Tremonte was involved in the civil and criminal case against Torres.

According to the 302 report, the FBI/DHS stated in their 302 report that Abigail said Torres gave her a #70,000 check, that statement is false as there are no cancelled checks in Torres' discovery that Torres gave her such a check. She lied.

It is true that Abigail went to a family event with her friend and her mother's friend. The FBI/DHS forgot to mention that Abigail sent Torres a picture of her at dinner. Abigail's friend took the picture of Abigail at a dinner table with Abigail's mother to the right. This is also a sign that Abigail was not sexually assaulted. Who would send a picture within hours after leaving their sexual assailant? That makes no sense. This type of behavior is not consistent with someone that has been sexually assaulted.

*O1. 6/28/24*

*3/56*

### Jade

Although the Government's false claims that "in December 2017...Torres sexually assaulted her", the Government once again provides no evidence by way of a rape kit, no police report, no bruises, no medical report, absolutely nothing to validate her claims. Although she stated per the 302 report that she saw a gun and that it was in the glove compartment of Torres' car however she could not describe the gun because she said she is unfamiliar with guns. The interesting part is that Torres has never owned a gun and never had a gun in his car much less the glove compartment of his car. Although Jade states that Torres kicked in her vagina, she provides no pictures of bruises, medical report, or police report to validate her claims. Abigail also never wrote an impact statement nor did she come to testify at trial or during sentencing.

### Orysia

*Not an Enticement Case*
*Never Crossed State Lines*
*Orysia was working out at the Liberty Hotel in Boston, MA.*

Although the Government's false claims that "in December 2019...Torres forced her with threats to succumb to his sexual demands...", the Government once again provides no evidence by way of a rape kit, no police report, no bruises, no medical report, absolutely nothing to validate her claims. In addition, the Government's false claims are contradicted by Orysia' and Torres' text messages where she is inviting Torres to have sex with her before having dinner and responds "absolutely" and later tells Torres that he took too long to come back from checking on his car and writes "hahaha you took too long" and that she is going to change into lingerie with

*O.T. 4/28/24*

*4/56*

him and later on tells Torres "Thank you.  I am really glad I live up to your expectations".

See picture of text message conversation between Orysia and Torres from page 1402 and 1403 below.

01. 6/28/24
5/56



It's not working for some reason
Status: Read
Read: 12/1/2019 10:30:08 PM(UTC+0)
12/1/2019 10:24:06 PM(UTC+0)

+19179570045
Can we session before we eat love?
Status: Sent
Delivered: 12/1/2019 10:30:28 PM(UTC+0)
12/1/2019 10:30:27 PM(UTC+0)

Absolutely :)
Status: Read
Read: 12/1/2019 10:30:37 PM(UTC+0)
12/1/2019 10:30:37 PM(UTC+0)

+19179570045
CN you be ready so we cN eat after?
Status: Sent
Delivered: 12/1/2019 10:32:39 PM(UTC+0)
12/1/2019 10:32:39 PM(UTC+0)

+19179570045
By the way you are absolutely lovely glad we met
Status: Sent
Delivered: 12/1/2019 10:33:01 PM(UTC+0)
12/1/2019 10:33:00 PM(UTC+0)

Same. And did you need me to let you in the elevator? Or will you hope to get in with someone else
Status: Read
Read: 12/1/2019 10:33:27 PM(UTC+0)
12/1/2019 10:33:26 PM(UTC+0)

+19179570045
You are drop dead gorgeous
Status: Sent
Delivered: 12/1/2019 10:33:31 PM(UTC+0)
12/1/2019 10:33:31 PM(UTC+0)

Thanks ♥
Status: Read
Read: 12/1/2019 10:33:40 PM(UTC+0)
12/1/2019 10:33:39 PM(UTC+0)

O.I. 6/28/24
6/56

1402



1403    7/56

The complete conversation of Torres' text messages has been attached as part of Appendix A.  There is a total of 49 pages of text messages in Appendix A.  The number that Torres used to communicate with Orysia was 917-957-0045.    Clearly, there is no violence and Orysia and/or the Government lied.  The 302 report is full of lies.

Respectfully Submitted,

Jose Torres

Text I'm in car
Status: Read
Read: 12/5/2019 3:54:26 AM(UTC+0)

12/5/2019 3:54:21 AM(UTC+0)

+19179570045
I would need to speak with you in order to move forward.
Status: Sent
Delivered: 12/5/2019 3:54:46 AM(UTC+0)

12/5/2019 3:54:45 AM(UTC+0)

Kk why
Status: Read
Read: 12/5/2019 3:56:01 AM(UTC+0)

12/5/2019 3:55:52 AM(UTC+0)

+19179570045
Not going to book anyone if I can't speak w them
Status: Sent
Delivered: 12/5/2019 3:56:13 AM(UTC+0)

12/5/2019 3:56:14 AM(UTC+0)

| 50 | **Start Time:** 11/30/2019 10:02:58 PM(UTC+0) |
| | **Last Activity:** 12/4/2019 11:45:07 AM(UTC+0) |
| | **Number of attachments:** 24 |
| | **Source:** iMessage: +19172160263 |
| | **Body file:** chat-437.txt |

Participants:

+19172160263

+19179570045
Hi thank you being patient w me.
Status: Sent
Delivered: 11/30/2019 10:02:58 PM(UTC+0)

11/30/2019 10:02:58 PM(UTC+0)

Thank you for putting my mind at ease with the banking :)
Status: Read
Read: 11/30/2019 10:03:30 PM(UTC+0)

11/30/2019 10:03:30 PM(UTC+0)

1356



+19179570045
No worries it's my pleasure
Status: Sent
Delivered: 11/30/2019 10:04:35 PM(UTC+0)
11/30/2019 10:04:35 PM(UTC+0)

I've taken down my ad :) all yours baby
Status: Read
Read: 11/30/2019 10:05:02 PM(UTC+0)
11/30/2019 10:05:02 PM(UTC+0)

+19179570045
What about the appointments for tonight?
Status: Sent
Delivered: 11/30/2019 10:05:42 PM(UTC+0)
11/30/2019 10:05:37 PM(UTC+0)

+19179570045
What time were they!
Status: Sent
Delivered: 11/30/2019 10:05:58 PM(UTC+0)
11/30/2019 10:05:58 PM(UTC+0)

Cancelling.
Status: Read
Read: 11/30/2019 10:06:00 PM(UTC+0)
11/30/2019 10:06:00 PM(UTC+0)

At 9 pm
Status: Read
Read: 11/30/2019 10:06:04 PM(UTC+0)
11/30/2019 10:06:03 PM(UTC+0)

+19179570045
Thought you said you had several
Status: Sent
Delivered: 11/30/2019 10:07:16 PM(UTC+0)
11/30/2019 10:07:15 PM(UTC+0)

There was others at 6 and 7:30 but I told them it was tentative. Had an overnight request but I prefer getting my beauty sleep
Status: Read
Read: 11/30/2019 10:08:50 PM(UTC+0)
11/30/2019 10:08:41 PM(UTC+0)

01. 6/28/24
19/56

1357



+19179570045
Hehe put me at ease and send screenshot of you canceling pls
Status: Sent
Delivered: 11/30/2019 10:09:34 PM(UTC+0)
11/30/2019 10:09:30 PM(UTC+0)

Is it bad that I'm just ignoring them?
Status: Read
Read: 11/30/2019 10:09:56 PM(UTC+0)
11/30/2019 10:09:56 PM(UTC+0)

+19179570045
Yes
Status: Sent
Delivered: 11/30/2019 10:10:10 PM(UTC+0)
11/30/2019 10:10:09 PM(UTC+0)

+19179570045
I can tell you are a sweet girl
Status: Sent
Delivered: 11/30/2019 10:19:04 PM(UTC+0)
11/30/2019 10:19:04 PM(UTC+0)

+19179570045
Thank you
Status: Sent
Delivered: 11/30/2019 10:19:10 PM(UTC+0)
11/30/2019 10:19:10 PM(UTC+0)

Attachments:
Size: 2528949
File name: IMG_0794.jpeg
IMG_0794.jpeg
Status: Read
Read: 11/30/2019 10:21:47 PM(UTC+0)
11/30/2019 10:21:13 PM(UTC+0)

Give me a sec to send the rest
Status: Read
Read: 11/30/2019 10:21:47 PM(UTC+0)
11/30/2019 10:21:18 PM(UTC+0)

Attachments:

Size: 2517151
File name: 59684538829__8AE3B1D5-B34E-4839-BA43-899A108D3408.jpeg
59684538829__8AE3B1D5-B34E-4839-BA43-899A108D3408.jpeg

Status: Read
Read: 11/30/2019 10:23:25 PM(UTC+0)

11/30/2019 10:23:18 PM(UTC+0)

+19179570045

Thank you love

Status: Sent
Delivered: 11/30/2019 10:23:25 PM(UTC+0)

11/30/2019 10:23:24 PM(UTC+0)

Actually looking through my texts that's the only ones. I promise. I am not seeing anyone tonight.

Status: Read
Read: 11/30/2019 10:26:04 PM(UTC+0)

11/30/2019 10:26:04 PM(UTC+0)

+19179570045

I really appreciated.

Status: Sent
Delivered: 11/30/2019 10:26:20 PM(UTC+0)

11/30/2019 10:26:20 PM(UTC+0)

+19179570045

Do you have any plans for tonight?

Status: Sent
Delivered: 11/30/2019 10:26:30 PM(UTC+0)

11/30/2019 10:26:30 PM(UTC+0)

I really hope I'm not going to regret this... I have never done this and am hoping you aren't just tricking me.

Status: Read
Read: 11/30/2019 10:26:57 PM(UTC+0)

11/30/2019 10:26:55 PM(UTC+0)

Nothing right now. Thinking about grabbing dinner...

Status: Read
Read: 11/30/2019 10:27:08 PM(UTC+0)

11/30/2019 10:27:08 PM(UTC+0)

@1. 4/8/24
12/56

1359

+19179570045
I am Christian I do this because it's a hobby I can't seem to get rid of.
Status: Sent
Delivered: 11/30/2019 10:27:46 PM(UTC+0)
11/30/2019 10:27:46 PM(UTC+0)

+19179570045
You can trust me I am a good man you will see. I am simple and down to earth and I enjoy meeting people.
Status: Sent
Delivered: 11/30/2019 10:28:17 PM(UTC+0)
11/30/2019 10:28:17 PM(UTC+0)

I hope we will enjoy each other's company.
Status: Read
Read: 11/30/2019 10:29:01 PM(UTC+0)
11/30/2019 10:29:00 PM(UTC+0)

+19179570045
I am sure we will. I am pretty positive this will turn into a long term relationship
Status: Sent
Delivered: 11/30/2019 10:29:44 PM(UTC+0)
11/30/2019 10:29:44 PM(UTC+0)

+19179570045
If you don't mind me asking, what do you do for a living? And pardon the question but how much do you make annually?
Status: Sent
Delivered: 11/30/2019 10:30:20 PM(UTC+0)
11/30/2019 10:30:19 PM(UTC+0)

I hope so! Can I ask why your previous engagements ended?
Status: Read
Read: 11/30/2019 10:30:39 PM(UTC+0)
11/30/2019 10:30:38 PM(UTC+0)

I am a chemical engineer. I make 105K (but that's Canadian)
Status: Read
Read: 11/30/2019 10:31:20 PM(UTC+0)
11/30/2019 10:31:19 PM(UTC+0)

+19179570045
She got engaged wanted to have a family and I could not offer her that at the time. My situation is now different obviously. She met a very wealth man whom I knew.
Status: Sent
Delivered: 11/30/2019 10:32:18 PM(UTC+0)
11/30/2019 10:32:18 PM(UTC+0)

13/56

O.T. 6/28/24

1360

Did that upset you?
Status: Read
Read: 11/30/2019 10:32:44 PM(UTC+0)

11/30/2019 10:32:44 PM(UTC+0)

+19179570045
No not at all. I am glad she is happy and super secured financially. Super happy for her.
Status: Sent
Delivered: 11/30/2019 10:33:16 PM(UTC+0)

11/30/2019 10:33:16 PM(UTC+0)

Ok thats what I was hoping to hear. That puts my mind more at ease.
Status: Read
Read: 11/30/2019 10:33:40 PM(UTC+0)

11/30/2019 10:33:39 PM(UTC+0)

I will get a couple of photos for you shortly
Status: Read
Read: 11/30/2019 10:33:53 PM(UTC+0)

11/30/2019 10:33:53 PM(UTC+0)

+19179570045
When people do well I am so happy for them. No one wants to work all their life and be an employee. It's not easy unfortunately some people have to do it because they don't have another option.
Status: Sent
Delivered: 11/30/2019 10:35:06 PM(UTC+0)

11/30/2019 10:35:05 PM(UTC+0)

+19179570045
Ok if I come tomorrow casual as I will be traveling from NYC to Boston?
Status: Sent
Delivered: 11/30/2019 10:42:15 PM(UTC+0)

11/30/2019 10:42:18 PM(UTC+0)

That's great :) I agree with you. And absolutely feel free to be casual.
Status: Read
Read: 11/30/2019 10:44:45 PM(UTC+0)

11/30/2019 10:44:35 PM(UTC+0)

+19179570045
Thank you and what exactly will you be wearing tomorrow when I see you for the first time?
Status: Sent
Delivered: 11/30/2019 10:45:15 PM(UTC+0)

11/30/2019 10:45:15 PM(UTC+0)

14/56

0.1. 6/28/24 1361

+19179570045
Because you are very hippy do you have something you can wear that shows your hips and thighs a lot?
Status: Sent
Delivered: 11/30/2019 10:46:48 PM(UTC+0)
11/30/2019 10:46:48 PM(UTC+0)

Red dress and heels, red bra and panties. I wish I had something a bit more porn star like as per your preference but I tend to dress more classy so that's all I have with me!
Status: Read
Read: 11/30/2019 10:46:53 PM(UTC+0)
11/30/2019 10:46:53 PM(UTC+0)

I don't really have much that is short with me...
Status: Read
Read: 11/30/2019 10:47:42 PM(UTC+0)
11/30/2019 10:47:35 PM(UTC+0)

+19179570045
That is fine we will work with what we have
Status: Sent
Delivered: 11/30/2019 10:48:02 PM(UTC+0)
11/30/2019 10:48:02 PM(UTC+0)

Ok. I will plan better for next time!
Status: Read
Read: 11/30/2019 10:48:19 PM(UTC+0)
11/30/2019 10:48:19 PM(UTC+0)

+19179570045
No worries just be yourself that is all I ask
Status: Sent
Delivered: 11/30/2019 10:49:19 PM(UTC+0)
11/30/2019 10:49:19 PM(UTC+0)

+19179570045
Can you please send full body pictures? One that are not on Eros.
Status: Sent
Delivered: 11/30/2019 10:49:43 PM(UTC+0)
11/30/2019 10:49:43 PM(UTC+0)

Yes one sec! I'm getting there!
Status: Read
Read: 11/30/2019 10:50:31 PM(UTC+0)
11/30/2019 10:50:06 PM(UTC+0)

@1. 6/28/24
15/56

1382



+19179570045

Sorry.. What is your first name?

Status: Sent
Delivered: 11/30/2019 10:50:44 PM(UTC+0)

11/30/2019 10:50:43 PM(UTC+0)

+19179570045

I prefer to call you by your real name.

Status: Sent
Delivered: 11/30/2019 10:51:26 PM(UTC+0)

11/30/2019 10:51:26 PM(UTC+0)

Orysia

Status: Read
Read: 11/30/2019 10:51:44 PM(UTC+0)

11/30/2019 10:51:43 PM(UTC+0)

Oh-ris-ee-ah

Status: Read
Read: 11/30/2019 10:52:18 PM(UTC+0)

11/30/2019 10:52:18 PM(UTC+0)

+19179570045

Very pretty name and not so common

Status: Sent
Delivered: 11/30/2019 10:54:22 PM(UTC+0)

11/30/2019 10:54:22 PM(UTC+0)

Attachments:

Size: 1847118
File name: FullSizeRender.jpg
FullSizeRender.jpg

Status: Read
Read: 11/30/2019 10:58:15 PM(UTC+0)

11/30/2019 10:57:07 PM(UTC+0)

Attachments:

Size: 856367
File name: IMG_3636.jpeg
IMG_3636.jpeg

Status: Read
Read: 11/30/2019 10:58:15 PM(UTC+0)

11/30/2019 10:57:15 PM(UTC+0)

1363



+19179570045
Love your pictures love
Status: Sent
Delivered: 11/30/2019 10:58:34 PM(UTC+0)
11/30/2019 10:58:33 PM(UTC+0)

+19179570045
Love the heels/boots
Status: Sent
Delivered: 11/30/2019 10:58:44 PM(UTC+0)
11/30/2019 10:58:44 PM(UTC+0)

Hehe I love those heels so much! But there aren't many occasions to wear them out!
Status: Read
Read: 11/30/2019 10:59:17 PM(UTC+0)
11/30/2019 10:59:16 PM(UTC+0)

Maybe I can wear them for you next time
Status: Read
Read: 11/30/2019 10:59:27 PM(UTC+0)
11/30/2019 10:59:26 PM(UTC+0)

+19179570045
I agree. That would be great. You are a gorgeous girl and obviously you are not making a ton of money how come you don't do this more often in the states?
Status: Sent
Delivered: 11/30/2019 11:00:15 PM(UTC+0)
11/30/2019 11:00:15 PM(UTC+0)

Because I feel like it is cheating... I want to make my own fortune but by using my brain, not my body
Status: Read
Read: 11/30/2019 11:01:41 PM(UTC+0)
11/30/2019 11:01:25 PM(UTC+0)

Does that sound snobby?
Status: Read
Read: 11/30/2019 11:01:41 PM(UTC+0)
11/30/2019 11:01:30 PM(UTC+0)

+19179570045
No not at all just seems like a very challenging and very uncertain way to do it when you can do it easier
Status: Sent
Delivered: 11/30/2019 11:02:25 PM(UTC+0)
11/30/2019 11:02:20 PM(UTC+0)

1364

+19179570045

Much easier actually

Status: Sent
Delivered: 11/30/2019 11:02:27 PM(UTC+0)

11/30/2019 11:02:27 PM(UTC+0)

I'm not looking for easier I'm looking to do something with my life that will inspire other women and be more meaningful, something my future children would be proud of... pretty sure escorting isn't that

Status: Read
Read: 11/30/2019 11:05:55 PM(UTC+0)

11/30/2019 11:04:21 PM(UTC+0)

+19179570045

Lol you are too funny makes sense

Status: Sent
Delivered: 11/30/2019 11:06:12 PM(UTC+0)

11/30/2019 11:06:11 PM(UTC+0)

Sorry if that was too much...

Status: Read
Read: 11/30/2019 11:07:23 PM(UTC+0)

11/30/2019 11:07:23 PM(UTC+0)

+19179570045

No not at all I want you to be honest and forthright with me

Status: Sent
Delivered: 11/30/2019 11:07:42 PM(UTC+0)

11/30/2019 11:07:42 PM(UTC+0)

Don't worry, I will be

Status: Read
Read: 11/30/2019 11:09:02 PM(UTC+0)

11/30/2019 11:08:41 PM(UTC+0)

+19179570045

Lol your sense of humor love

Status: Sent
Delivered: 11/30/2019 11:09:15 PM(UTC+0)

11/30/2019 11:09:15 PM(UTC+0)

+19179570045

Have you been in a daddy relationship? And why would you prefer that as opposed to escorting?

Status: Sent
Delivered: 11/30/2019 11:09:45 PM(UTC+0)

11/30/2019 11:09:45 PM(UTC+0)

1365

I have never been in a daddy relationship... I think I would only prefer it if it was with the right person. With straight escorting, likely I will never see that person again which could be a good thing if I don't like them much. But if we get along, then I would be open to a daddy relationship. I haven't experienced that before likely because I tend to want to be I control of when I interact with someone.
Status: Read
Read: 11/30/2019 11:13:49 PM(UTC+0)

11/30/2019 11:13:33 PM(UTC+0)

+19170570045

I understand and it makes sense. Ideally how much would you want to make to absolutely make it worth it and not have a doubt in your mind it's the right thing to do?
Status: Sent
Delivered: 11/30/2019 11:15:24 PM(UTC+0)

11/30/2019 11:15:24 PM(UTC+0)

That's a hard question... because it depends on how much time I have to commit.
Status: Read
Read: 11/30/2019 11:19:46 PM(UTC+0)

11/30/2019 11:19:33 PM(UTC+0)

Please don't worry. I am happy to meet you tomorrow and I think this may bloom into a wonderful relationship
Status: Read
Read: 11/30/2019 11:20:04 PM(UTC+0)

11/30/2019 11:20:04 PM(UTC+0)

+19170570045

No exact time.  With what figure monthly would you be flabbergasted and be ready to onboard assuming all goes well?
Status: Sent
Delivered: 11/30/2019 11:20:26 PM(UTC+0)

11/30/2019 11:20:27 PM(UTC+0)

Monthly? 300K
Status: Read
Read: 11/30/2019 11:24:24 PM(UTC+0)

11/30/2019 11:24:14 PM(UTC+0)

+19170570045

I have done up to $500k monthly for 12 months before but we could see.  Obviously for that amount there is no question it would be full pse.  Agreed?
Status: Sent
Delivered: 11/30/2019 11:25:39 PM(UTC+0)

11/30/2019 11:25:35 PM(UTC+0)

1366

Yes it would be full PSE as long as you have a vasectomy and regular testing is completed.
Status: Read
Read: 11/30/2019 11:30:32 PM(UTC+0)

11/30/2019 11:30:32 PM(UTC+0)

(On both parties for testing - that's only fair)
Status: Read
Read: 11/30/2019 11:31:07 PM(UTC+0)

11/30/2019 11:31:07 PM(UTC+0)

+19179570045
Of course trust me I have 4 kids and I am not looking to have more kids unless I remarry
Status: Sent
Delivered: 11/30/2019 11:31:09 PM(UTC+0)

11/30/2019 11:31:09 PM(UTC+0)

Haha ok good
Status: Read
Read: 11/30/2019 11:31:17 PM(UTC+0)

11/30/2019 11:31:17 PM(UTC+0)

+19179570045
4 girls is enough my dear lol
Status: Sent
Delivered: 11/30/2019 11:31:32 PM(UTC+0)

11/30/2019 11:31:32 PM(UTC+0)

Four girls!!! Oh no! That is my nightmare. I always figured I would do better with boys than girls. I feel like I'm too strict and aggressive.
Status: Read
Read: 11/30/2019 11:32:17 PM(UTC+0)

11/30/2019 11:32:16 PM(UTC+0)

+19179570045
Yes four girls been through a lot myself lol
Status: Sent
Delivered: 11/30/2019 11:33:13 PM(UTC+0)

11/30/2019 11:33:13 PM(UTC+0)

I'm sure they all love you very much
Status: Read
Read: 11/30/2019 11:33:33 PM(UTC+0)

11/30/2019 11:33:32 PM(UTC+0)

1367



+19179570045

Yes they do I have very good daughters and try to set an example for them

Status: Sent
Delivered: 11/30/2019 11:35:19 PM(UTC+0)

11/30/2019 11:35:19 PM(UTC+0)

+19179570045

Obviously no one knows about this

Status: Sent
Delivered: 11/30/2019 11:35:29 PM(UTC+0)

11/30/2019 11:35:29 PM(UTC+0)

That's great :) I think we will get along great. I fully understand keeping certain parts of our lives separate.

Status: Read
Read: 11/30/2019 11:54:02 PM(UTC+0)

11/30/2019 11:53:35 PM(UTC+0)

Btw, it seems like my Monday morning meeting maybe be shifted due to the weather so we won't be as rushed. I will keep you updated.

Status: Read
Read: 11/30/2019 11:55:26 PM(UTC+0)

11/30/2019 11:55:20 PM(UTC+0)

+19179570045

Hi are you sending love?

Status: Sent
Delivered: 12/1/2019 2:53:53 PM(UTC+0)

12/1/2019 2:53:53 PM(UTC+0)

I have heels or boots?

Attachments:

Size: 2312317
File name: IMG_0811.jpeg
IMG_0811.jpeg

Size: 2478571
File name: IMG_0809.jpeg
IMG_0809.jpeg

Status: Read
Read: 12/1/2019 2:53:57 PM(UTC+0)

12/1/2019 2:53:54 PM(UTC+0)

+19179570045

Have the new room number?

Status: Sent
Delivered: 12/1/2019 3:15:54 PM(UTC+0)

12/1/2019 3:15:49 PM(UTC+0)

No not yet
Status: Read
Read: 12/1/2019 3:16:13 PM(UTC+0)

12/1/2019 3:16:09 PM(UTC+0)

Just headed to reception now
Status: Read
Read: 12/1/2019 3:16:17 PM(UTC+0)

12/1/2019 3:16:16 PM(UTC+0)

+19179570045
You can just call you know
Status: Sent
Delivered: 12/1/2019 3:16:32 PM(UTC+0)

12/1/2019 3:16:31 PM(UTC+0)

+19179570045
How is the weather in Boston?
Status: Sent
Delivered: 12/1/2019 3:56:57 PM(UTC+0)

12/1/2019 3:56:56 PM(UTC+0)

Cloudy but no snow or rain yet!
Status: Read
Read: 12/1/2019 3:57:11 PM(UTC+0)

12/1/2019 3:57:10 PM(UTC+0)

+19179570045
Super so glad.  Keeping my fingers crossed!
Status: Sent
Delivered: 12/1/2019 3:58:26 PM(UTC+0)

12/1/2019 3:58:26 PM(UTC+0)

Same!
Status: Read
Read: 12/1/2019 3:58:37 PM(UTC+0)

12/1/2019 3:58:37 PM(UTC+0)

+19179570045
Did you leave to the museum yet?
Status: Sent
Delivered: 12/1/2019 3:59:13 PM(UTC+0)

12/1/2019 3:59:13 PM(UTC+0)

22/56

04. 6/18/24
1369

I'm at the museum :)
Status: Read
Read: 12/1/2019 3:59:25 PM(UTC+0)

12/1/2019 3:59:24 PM(UTC+0)

+19179570045
Omg that was quick
Status: Sent
Delivered: 12/1/2019 3:59:42 PM(UTC+0)

12/1/2019 3:59:41 PM(UTC+0)

Robo dinosaur
Attachments:

Size: 1971502
File name: IMG_0813.jpeg
IMG_0813.jpeg

Status: Read
Read: 12/1/2019 3:59:45 PM(UTC+0)

12/1/2019 3:59:42 PM(UTC+0)

Told you
Status: Read
Read: 12/1/2019 3:59:49 PM(UTC+0)

12/1/2019 3:59:48 PM(UTC+0)

+19179570045
So cool
Status: Sent
Delivered: 12/1/2019 4:00:21 PM(UTC+0)

12/1/2019 4:00:21 PM(UTC+0)

+19179570045
What time will you be at your hotel?
Status: Sent
Delivered: 12/1/2019 4:01:19 PM(UTC+0)

12/1/2019 4:01:19 PM(UTC+0)

I am planning on being back around 12:30pm
Status: Read
Read: 12/1/2019 4:01:37 PM(UTC+0)

12/1/2019 4:01:37 PM(UTC+0)

1370

Is your time of arrival still 1:20?
Status: Read
Read: 12/1/2019 4:01:51 PM(UTC+0)

12/1/2019 4:01:51 PM(UTC+0)

+19179570045
Yes for now
Status: Sent
Delivered: 12/1/2019 4:02:05 PM(UTC+0)

12/1/2019 4:02:05 PM(UTC+0)

Ok. Let me know if it changes.
Status: Read
Read: 12/1/2019 4:02:16 PM(UTC+0)

12/1/2019 4:02:16 PM(UTC+0)

+19179570045
How long will it take for you to get ready?
Status: Sent
Delivered: 12/1/2019 4:02:29 PM(UTC+0)

12/1/2019 4:02:29 PM(UTC+0)

+19179570045
Will do
Status: Sent
Delivered: 12/1/2019 4:02:35 PM(UTC+0)

12/1/2019 4:02:35 PM(UTC+0)

5-10 min?
Status: Read
Read: 12/1/2019 4:02:42 PM(UTC+0)

12/1/2019 4:02:42 PM(UTC+0)

+19179570045
No way
Status: Sent
Delivered: 12/1/2019 4:02:55 PM(UTC+0)

12/1/2019 4:02:54 PM(UTC+0)

Hair and makeup is done. I just have to get dressed
Status: Read
Read: 12/1/2019 4:02:58 PM(UTC+0)

12/1/2019 4:02:57 PM(UTC+0)

01. 6/28/24
24/56

1371

+19179570045
You already did your hair and make up?
Status: Sent
Delivered: 12/1/2019 4:03:25 PM(UTC+0)
12/1/2019 4:03:24 PM(UTC+0)

Ya this morning
Status: Read
Read: 12/1/2019 4:03:36 PM(UTC+0)
12/1/2019 4:03:35 PM(UTC+0)

I usually get up around 6 am
Status: Read
Read: 12/1/2019 4:03:44 PM(UTC+0)
12/1/2019 4:03:43 PM(UTC+0)

Today I slept in and got up at 6:30
Status: Read
Read: 12/1/2019 4:03:54 PM(UTC+0)
12/1/2019 4:03:54 PM(UTC+0)

+19179570045
Why so early on a weekend?
Status: Sent
Delivered: 12/1/2019 4:03:58 PM(UTC+0)
12/1/2019 4:03:58 PM(UTC+0)

I like to keep my schedule consistent. I've always been more of an early bird than a night owl.
Status: Read
Read: 12/1/2019 4:04:41 PM(UTC+0)
12/1/2019 4:04:42 PM(UTC+0)

+19179570045
Got it
Status: Sent
Delivered: 12/1/2019 4:04:56 PM(UTC+0)
12/1/2019 4:04:56 PM(UTC+0)

Not going to lie... I go to bed at 9pm haha
Status: Read
Read: 12/1/2019 4:05:19 PM(UTC+0)
12/1/2019 4:05:18 PM(UTC+0)



+19179570045

What?

Status: Sent
Delivered: 12/1/2019 4 05 30 PM(UTC+0)

12/1/2019 4 05 30 PM(UTC+0)

+19179570045

Lol

Status: Sent
Delivered: 12/1/2019 4 06 02 PM(UTC+0)

12/1/2019 4 06 02 PM(UTC+0)

+19179570045

I guess bc I am a lot older than you I only need 4-6 hours a day

Status: Sent
Delivered: 12/1/2019 4 06 37 PM(UTC+0)

12/1/2019 4 06 35 PM(UTC+0)

My whole family is like that. We need 8-9 hours.

Status: Read
Read: 12/1/2019 4 07 48 PM(UTC+0)

12/1/2019 4 07 48 PM(UTC+0)

But I have friends that only need 4-6

Status: Read
Read: 12/1/2019 4 08 02 PM(UTC+0)

12/1/2019 4 08 02 PM(UTC+0)

+19179570045

That is me

Status: Sent
Delivered: 12/1/2019 4 08 36 PM(UTC+0)

12/1/2019 4 08 35 PM(UTC+0)

Ok I'm going to try and enjoy the museum for a bit. I will talk to you later! Safe drive!

Status: Read
Read: 12/1/2019 4 08 47 PM(UTC+0)

12/1/2019 4 08 47 PM(UTC+0)

+19179570045

Enjoy

Status: Sent
Delivered: 12/1/2019 4 09 06 PM(UTC+0)

12/1/2019 4 09 04 PM(UTC+0)

1373

I'll let you know when I'm on my way back to the hotel
Status: Read
Read: 12/1/2019 4:09:20 PM(UTC+0)

12/1/2019 4:09:20 PM(UTC+0)

+19179570045
Ok ty love
Status: Sent
Delivered: 12/1/2019 4:09:32 PM(UTC+0)

12/1/2019 4:09:32 PM(UTC+0)

+19179570045
I really like you - I will make sure you have a excellent Christmas
Status: Sent
Delivered: 12/1/2019 4:10:25 PM(UTC+0)

12/1/2019 4:10:25 PM(UTC+0)

Status: Read
Read: 12/1/2019 4:11:13 PM(UTC+0)

12/1/2019 4:11:12 PM(UTC+0)

+19179570045
Get your parents and siblings a very nice gift this year and if they ask tell them you got a huge bonus
Status: Sent
Delivered: 12/1/2019 4:14:06 PM(UTC+0)

12/1/2019 4:14:04 PM(UTC+0)

That is very kind of you.
Status: Read
Read: 12/1/2019 4:16:08 PM(UTC+0)

12/1/2019 4:16:00 PM(UTC+0)

+19179570045
You are welcome
Status: Sent
Delivered: 12/1/2019 4:16:34 PM(UTC+0)

12/1/2019 4:16:33 PM(UTC+0)

+19179570045
Magic monthly amount is
Status: Sent
Delivered: 12/1/2019 4:21:03 PM(UTC+0)

12/1/2019 4:21:02 PM(UTC+0)

21. 4/28/24

27/46

1374

+19179570045
$300K USD?
Status: Sent
Delivered: 12/1/2019 4 21 14 PM(UTC+0)
12/1/2019 4 21 13 PM(UTC+0)

Was is 500K for full pse?
Status: Read
Read: 12/1/2019 4 22 29 PM(UTC+0)
12/1/2019 4 22 28 PM(UTC+0)

+19179570045
It was $300K but I can do a one time monthly payment
Status: Sent
Delivered: 12/1/2019 4 23 37 PM(UTC+0)
12/1/2019 4 23 35 PM(UTC+0)

Yes, that's fine
Status: Read
Read: 12/1/2019 4 24 12 PM(UTC+0)
12/1/2019 4 24 12 PM(UTC+0)

+19179570045
I am really coming up to see you. Had I not met you I would have cancelled my trip and rescheduled
Status: Sent
Delivered: 12/1/2019 4 26 15 PM(UTC+0)
12/1/2019 4 26 14 PM(UTC+0)

I look forward to it :)
Status: Read
Read: 12/1/2019 4 30 15 PM(UTC+0)
12/1/2019 4 30 14 PM(UTC+0)

+19179570045
Are you prepared if I do $500K today then $300K each month?
Status: Sent
Delivered: 12/1/2019 4 30 46 PM(UTC+0)
12/1/2019 4 30 45 PM(UTC+0)

Yes. You sound lovely and have not raised any red flags for me so I say let's go ahead and see where this takes us :)
Status: Read
Read: 12/1/2019 4 32 26 PM(UTC+0)
12/1/2019 4 32 24 PM(UTC+0)

01. 6/28/24 28/66

1375



+19179570045

I down for it.  Did you prepare today to do anal?
Status: Sent
Delivered: 12/1/2019 4:33:06 PM(UTC+0)
12/1/2019 4:33:06 PM(UTC+0)

How would you like me to prepare?
Status: Read
Read: 12/1/2019 4:34:03 PM(UTC+0)
12/1/2019 4:34:01 PM(UTC+0)

+19179570045

I don't know how girls prepare but I know when I have done this there is no residual stuff
Status: Sent
Delivered: 12/1/2019 4:35:01 PM(UTC+0)
12/1/2019 4:34:59 PM(UTC+0)

+19179570045

Do you have lube?
Status: Sent
Delivered: 12/1/2019 4:35:39 PM(UTC+0)
12/1/2019 4:35:19 PM(UTC+0)

Haha I will do my best. And no but I can stop at cvs and pick some up
Status: Read
Read: 12/1/2019 4:35:39 PM(UTC+0)
12/1/2019 4:35:38 PM(UTC+0)

+19179570045

From what I have been told it takes the girls a bit to prepare
Status: Sent
Delivered: 12/1/2019 4:36:16 PM(UTC+0)
12/1/2019 4:36:18 PM(UTC+0)

+19179570045

What is the most you have ever received from a client?
Status: Sent
Delivered: 12/1/2019 4:37:29 PM(UTC+0)
12/1/2019 4:37:27 PM(UTC+0)

+19179570045

Had in your bank account?
Status: Sent
Delivered: 12/1/2019 4:37:39 PM(UTC+0)
12/1/2019 4:37:39 PM(UTC+0)

1376

In one meeting? 10K usd. In my bank account? I have 30K in my tax free savings account.
Status: Read
Read: 12/1/2019 4:38:44 PM(UTC+0)

12/1/2019 4:38:43 PM(UTC+0)

I will look into how best to prepare
Status: Read
Read: 12/1/2019 4:38:51 PM(UTC+0)

12/1/2019 4:38:51 PM(UTC+0)

+19179570045
So this is a game changer for you.
Status: Sent
Delivered: 12/1/2019 4:39:22 PM(UTC+0)

12/1/2019 4:39:21 PM(UTC+0)

Yes
Status: Read
Read: 12/1/2019 4:39:28 PM(UTC+0)

12/1/2019 4:39:27 PM(UTC+0)

+19179570045
How did you get the $10k usd? Was he also a hobbyist?
Status: Sent
Delivered: 12/1/2019 4:40:09 PM(UTC+0)

12/1/2019 4:40:07 PM(UTC+0)

Yes, it was a 24hr
Status: Read
Read: 12/1/2019 4:40:36 PM(UTC+0)

12/1/2019 4:40:36 PM(UTC+0)

He had cash though so I was a bit concerned taking it over the border
Status: Read
Read: 12/1/2019 4:40:59 PM(UTC+0)

12/1/2019 4:40:58 PM(UTC+0)

+19179570045
Yes that would be concerning
Status: Sent
Delivered: 12/1/2019 4:41:17 PM(UTC+0)

12/1/2019 4:41:16 PM(UTC+0)

+19178570045

You met him in Boston? Or where?

Status: Sent
Delivered: 12/1/2019 4:41:36 PM(UTC+0)

12/1/2019 4:41:36 PM(UTC+0)

San Fran

Status: Read
Read: 12/1/2019 4:41:46 PM(UTC+0)

12/1/2019 4:41:46 PM(UTC+0)

He was from LA

Status: Read
Read: 12/1/2019 4:41:51 PM(UTC+0)

12/1/2019 4:41:51 PM(UTC+0)

+19179970045

How old do you like your clients?

Status: Sent
Delivered: 12/1/2019 4:43:00 PM(UTC+0)

12/1/2019 4:43:00 PM(UTC+0)

Over 40 under 60

Status: Read
Read: 12/1/2019 4:43:41 PM(UTC+0)

12/1/2019 4:43:41 PM(UTC+0)

+19179970045

So I am good lol

Status: Sent
Delivered: 12/1/2019 4:43:56 PM(UTC+0)

12/1/2019 4:43:56 PM(UTC+0)

Yes

Status: Read
Read: 12/1/2019 4:44:02 PM(UTC+0)

12/1/2019 4:44:02 PM(UTC+0)

Ok I need a bit of time here to sort out prepping and head back to the hotel. We can talk more when you get here.

Status: Read
Read: 12/1/2019 4:44:49 PM(UTC+0)

12/1/2019 4:44:48 PM(UTC+0)

1378

+19179570045
I am delayed by 40 min weather is getting progressively worse
Status: Sent
Delivered: 12/1/2019 4:45:46 PM(UTC+0)
12/1/2019 4:45:44 PM(UTC+0)

+19179570045
How much time you think you need to prep?
Status: Sent
Delivered: 12/1/2019 4:46:43 PM(UTC+0)
12/1/2019 4:46:42 PM(UTC+0)

+19179570045
Also do you like light, medium, or heavy make up?
Status: Sent
Delivered: 12/1/2019 4:51:08 PM(UTC+0)
12/1/2019 4:51:07 PM(UTC+0)

+19179570045
?
Status: Sent
Delivered: 12/1/2019 4:52:21 PM(UTC+0)
12/1/2019 4:52:21 PM(UTC+0)

+19179570045
Attachments:
Size: 551697
File name: FullSizeRender.jpg
FullSizeRender.jpg
Status: Sent
Delivered: 12/1/2019 5:06:32 PM(UTC+0)
12/1/2019 5:00:30 PM(UTC+0)

+19179570045
Did you see what I sent you?
Status: Sent
Delivered: 12/1/2019 5:03:52 PM(UTC+0)
12/1/2019 5:03:51 PM(UTC+0)

I can go to la perla. Let me just check how far it is.
Status: Read
Read: 12/1/2019 5:03:59 PM(UTC+0)
12/1/2019 5:03:58 PM(UTC+0)

+19179570045
My eta now is 2:30pm
Status: Sent
Delivered: 12/1/2019 5:04:19 PM(UTC+0)
12/1/2019 5:04:18 PM(UTC+0)

32/
46

6/28/24

1379

Ok I know where it is. Do you want my priority to be the lingerie or prepping?
Status: Read
Read: 12/1/2019 5:05:48 PM(UTC+0)

12/1/2019 5:05:47 PM(UTC+0)

Because 2hrs is tight to do both
Status: Read
Read: 12/1/2019 5:05:57 PM(UTC+0)

12/1/2019 5:05:57 PM(UTC+0)

If it takes 1.5 hrs
Status: Read
Read: 12/1/2019 5:06:05 PM(UTC+0)

12/1/2019 5:06:05 PM(UTC+0)

+19179570045
Lingerie and a pair or two of heels super high budget is $5,000 USD
Status: Sent
Delivered: 12/1/2019 5:06:35 PM(UTC+0)

12/1/2019 5:06:34 PM(UTC+0)

Ok sounds good
Status: Read
Read: 12/1/2019 5:06:53 PM(UTC+0)

12/1/2019 5:06:53 PM(UTC+0)

I will send pictures when I get there. I am waking up to the hotel now. I should know the room number shortly.
Status: Read
Read: 12/1/2019 5:07:27 PM(UTC+0)

12/1/2019 5:07:21 PM(UTC+0)

+19179570045
Let me know and I will call you to put me at ease pls
Status: Sent
Delivered: 12/1/2019 5:07:55 PM(UTC+0)

12/1/2019 5:07:54 PM(UTC+0)

+19179570045
How far is la Perla from you?
Status: Sent
Delivered: 12/1/2019 5:12:50 PM(UTC+0)

12/1/2019 5:12:46 PM(UTC+0)



+19179570045

2

Status: Sent
Delivered: 12/1/2019 5:16:12 PM(UTC+0)

12/1/2019 5:16:12 PM(UTC+0)

Maybe 15 min
Status: Read
Read: 12/1/2019 5:18:10 PM(UTC+0)

12/1/2019 5:18:01 PM(UTC+0)

Not far
Status: Read
Read: 12/1/2019 5:18:10 PM(UTC+0)

12/1/2019 5:18:03 PM(UTC+0)

Ok it is room 307
Status: Read
Read: 12/1/2019 5:18:14 PM(UTC+0)

12/1/2019 5:18:14 PM(UTC+0)

+19179570045

Not far
Status: Sent
Delivered: 12/1/2019 5:18:19 PM(UTC+0)

12/1/2019 5:18:18 PM(UTC+0)

Last name ███. Number is the same: ███
Status: Read
Read: 12/1/2019 5:23:18 PM(UTC+0)

12/1/2019 5:18:37 PM(UTC+0)

+19179570045

If you find things that ride high pls get them thanks
Status: Sent
Delivered: 12/1/2019 5:24:35 PM(UTC+0)

12/1/2019 5:24:35 PM(UTC+0)

For the panties you mean?
Status: Read
Read: 12/1/2019 5:24:54 PM(UTC+0)

12/1/2019 5:24:54 PM(UTC+0)

01 6/28/24    34/56

1381



+19179570045
Yes
Status: Sent
Delivered: 12/1/2019 5:24:55 PM(UTC+0)

12/1/2019 5:24:56 PM(UTC+0)

I will send you photos when I am there
Status: Read
Read: 12/1/2019 5:25:05 PM(UTC+0)

12/1/2019 5:25:05 PM(UTC+0)

+19179570045
Ok love
Status: Sent
Delivered: 12/1/2019 5:25:13 PM(UTC+0)

12/1/2019 5:25:12 PM(UTC+0)

+19179570045
Excited?
Status: Sent
Delivered: 12/1/2019 5:25:42 PM(UTC+0)

12/1/2019 5:25:42 PM(UTC+0)

Yes! I think we will have a great time :)
Status: Read
Read: 12/1/2019 5:26:06 PM(UTC+0)

12/1/2019 5:26:06 PM(UTC+0)

+19179570045
Absolutely I have no doubt and I like this pre activity stuff before meeting
Status: Sent
Delivered: 12/1/2019 5:26:37 PM(UTC+0)

12/1/2019 5:26:37 PM(UTC+0)

+19179570045
Are you fully shaved or do you have a landing?
Status: Sent
Delivered: 12/1/2019 5:28:38 PM(UTC+0)

12/1/2019 5:28:38 PM(UTC+0)

I wax
Status: Read
Read: 12/1/2019 5:29:12 PM(UTC+0)

12/1/2019 5:29:11 PM(UTC+0)

O.l. 6/28/24  35/56

1382



Brazilian, all Barr
Status: Read
Read: 12/1/2019 5:29:18 PM(UTC+0)
12/1/2019 5:29:18 PM(UTC+0)

Bare*
Status: Read
Read: 12/1/2019 5:29:21 PM(UTC+0)
12/1/2019 5:29:21 PM(UTC+0)

+19179570045
Do you have an inny or outy?
Status: Sent
Delivered: 12/1/2019 5:29:51 PM(UTC+0)
12/1/2019 5:29:51 PM(UTC+0)

Ummm neither. It's essentially flat.
Status: Read
Read: 12/1/2019 5:30:12 PM(UTC+0)
12/1/2019 5:30:12 PM(UTC+0)

+19179570045
Do the lips stick out?
Status: Sent
Delivered: 12/1/2019 5:30:41 PM(UTC+0)
12/1/2019 5:30:40 PM(UTC+0)

Ooohhhh
Status: Read
Read: 12/1/2019 5:31:11 PM(UTC+0)
12/1/2019 5:31:11 PM(UTC+0)

You mean my pussy
Status: Read
Read: 12/1/2019 5:31:15 PM(UTC+0)
12/1/2019 5:31:14 PM(UTC+0)

Sorry lol
Status: Read
Read: 12/1/2019 5:31:17 PM(UTC+0)
12/1/2019 5:31:17 PM(UTC+0)



+19179570045
Yes
Status: Sent
Delivered: 12/1/2019 5:31:20 PM(UTC+0)
12/1/2019 5:31:20 PM(UTC+0)

Umm I don't have long lips
Status: Read
Read: 12/1/2019 5:31:26 PM(UTC+0)
12/1/2019 5:31:26 PM(UTC+0)

+19179570045
I will see lol
Status: Sent
Delivered: 12/1/2019 5:31:40 PM(UTC+0)
12/1/2019 5:31:40 PM(UTC+0)

+19179570045
Did you find a shoe store near la perla?
Status: Sent
Delivered: 12/1/2019 5:32:44 PM(UTC+0)
12/1/2019 5:32:42 PM(UTC+0)

+19179570045
What do you think of thigh high boots?
Status: Sent
Delivered: 12/1/2019 5:36:57 PM(UTC+0)
12/1/2019 5:36:56 PM(UTC+0)

I love them
Status: Read
Read: 12/1/2019 5:37:08 PM(UTC+0)
12/1/2019 5:37:08 PM(UTC+0)

And I'm looking one sec please
Status: Read
Read: 12/1/2019 5:37:14 PM(UTC+0)
12/1/2019 5:37:14 PM(UTC+0)

+19179570045
Ok love
Status: Sent
Delivered: 12/1/2019 5:37:23 PM(UTC+0)
12/1/2019 5:37:23 PM(UTC+0)



Maybe it is easiest if I ask the store clerks at la perla
Status: Read
Read: 12/1/2019 5:39:24 PM(UTC+0)
12/1/2019 5:39:11 PM(UTC+0)

They will probably know
Status: Read
Read: 12/1/2019 5:39:24 PM(UTC+0)
12/1/2019 5:39:17 PM(UTC+0)

+19179570045
Of course they would
Status: Sent
Delivered: 12/1/2019 5:39:31 PM(UTC+0)
12/1/2019 5:39:31 PM(UTC+0)

Ok I'm just going to head there then. Gotta grab a quick bite to eat too.
Status: Read
Read: 12/1/2019 5:40:44 PM(UTC+0)
12/1/2019 5:40:33 PM(UTC+0)

+19179570045
Doing on the way there
Status: Sent
Delivered: 12/1/2019 5:41:07 PM(UTC+0)
12/1/2019 5:41:07 PM(UTC+0)

+19179570045
I am 2 hours away
Status: Sent
Delivered: 12/1/2019 5:41:20 PM(UTC+0)
12/1/2019 5:41:19 PM(UTC+0)

I'm doing my best to be as quick as I can I promise
Status: Read
Read: 12/1/2019 5:42:04 PM(UTC+0)
12/1/2019 5:42:04 PM(UTC+0)

+19179570045
I believe you
Status: Sent
Delivered: 12/1/2019 5:42:13 PM(UTC+0)
12/1/2019 5:42:13 PM(UTC+0)

1385

• 19179570045

I sure don't want to stress you out

Status: Sent
Delivered: 12/1/2019 5:42:28 PM(UTC+0)

12/1/2019 5:42:28 PM(UTC+0)

I'm a little stressed being pressed for time but don't worry I'll be fine.

Status: Read
Read: 12/1/2019 5:43:48 PM(UTC+0)

12/1/2019 5:43:42 PM(UTC+0)

• 19179570045

Do the best you can and that will suffice

Status: Sent
Delivered: 12/1/2019 5:44:04 PM(UTC+0)

12/1/2019 5:44:04 PM(UTC+0)

I will

Status: Read
Read: 12/1/2019 5:45:23 PM(UTC+0)

12/1/2019 5:44:17 PM(UTC+0)

• 19179570045

Let me know when you are I. Your way out to the stores

Status: Sent
Delivered: 12/1/2019 5:45:50 PM(UTC+0)

12/1/2019 5:45:50 PM(UTC+0)

• 19179570045

Also do I need a key to get in the hotel / elevator?

Status: Sent
Delivered: 12/1/2019 5:46:24 PM(UTC+0)

12/1/2019 5:46:19 PM(UTC+0)

Will do and yes, you need one for the elevator.

Status: Read
Read: 12/1/2019 5:47:17 PM(UTC+0)

12/1/2019 5:47:17 PM(UTC+0)

• 19179570045

So we will coordinate so you can wait by the elevator when I go in

Status: Sent
Delivered: 12/1/2019 5:48:06 PM(UTC+0)

12/1/2019 5:48:07 PM(UTC+0)

0.1. 6/28/24 29/56

1386

Yup!
Status: Read
Read: 12/1/2019 5:48:23 PM(UTC+0)

12/1/2019 5:48:23 PM(UTC+0)

+19179570045

If you are ok you can be super dressed that is a super hot look
Status: Sent
Delivered: 12/1/2019 5:48:36 PM(UTC+0)

12/1/2019 5:48:45 PM(UTC+0)

+19179570045

After all you and I don't live in Boston
Status: Sent
Delivered: 12/1/2019 5:49:15 PM(UTC+0)

12/1/2019 5:49:15 PM(UTC+0)

+19179570045

Hehe
Status: Sent
Delivered: 12/1/2019 5:49:26 PM(UTC+0)

12/1/2019 5:49:26 PM(UTC+0)

What do you mean super dressed?
Status: Read
Read: 12/1/2019 5:50:48 PM(UTC+0)

12/1/2019 5:50:43 PM(UTC+0)

+19179570045

Mini skirt or dress, stockings and garters and super high heel
Status: Sent
Delivered: 12/1/2019 5:51:23 PM(UTC+0)

12/1/2019 5:51:19 PM(UTC+0)

+19179570045

Your skirt is not so mini so you can hide it well
Status: Sent
Delivered: 12/1/2019 5:51:48 PM(UTC+0)

12/1/2019 5:51:48 PM(UTC+0)

+19179570045

Thoughts?
Status: Sent
Delivered: 12/1/2019 5:52:36 PM(UTC+0)

12/1/2019 5:52:36 PM(UTC+0)

O/. 6/28/24    40/
/56

1387



I will do my best
Status: Read
Read: 12/1/2019 5:52:37 PM(UTC+0)
12/1/2019 5:52:36 PM(UTC+0)

It would have been easier to plan this ahead of time, usually shopping trips to get a whole outfit like that take at least 4-5 hrs
Status: Read
Read: 12/1/2019 5:53:30 PM(UTC+0)
12/1/2019 5:53:29 PM(UTC+0)

Ok I am out the door now
Status: Read
Read: 12/1/2019 6:04:52 PM(UTC+0)
12/1/2019 6:04:48 PM(UTC+0)

+19179570045
Lovely send me a picture of how you are dressed now love
Status: Sent
Delivered: 12/1/2019 6:05:11 PM(UTC+0)
12/1/2019 6:05:11 PM(UTC+0)

Attachments:

Size: 0
File name: 59691638787__EAC226A6-B1A1-4D0F-A08B-6E06566421E7.jpeg
59691638787__EAC226A6-B1A1-4D0F-A08B-6E06566421E7.jpeg
(Empty File)
Status: Read
Read: 12/1/2019 6:07:27 PM(UTC+0)
12/1/2019 6:06:45 PM(UTC+0)

SENDING
PHOTOS TO MR

Sorry bad lighting in hotel
Status: Read
Read: 12/1/2019 6:07:27 PM(UTC+0)
12/1/2019 6:06:47 PM(UTC+0)

+19179570045
Can download the picture
Status: Unsent
12/1/2019 6:10:42 PM(UTC+0)

0.4 6/28/24    HY

1388



+19179570045

How are you doing?
Status: Sent
Delivered: 12/1/2019 6:36:53 PM(UTC+0)

12/1/2019 6:36:52 PM(UTC+0)

+19179570045

Couldn't download the picture by the way
Status: Sent
Delivered: 12/1/2019 6:37:18 PM(UTC+0)

12/1/2019 6:37:17 PM(UTC+0)

Attachments:

Size: 2296695
File name: 59691823985__768B7551-1EB1-405B-B0B2-
A2B7AC868DCA.jpeg
59691823985__768B7551-1EB1-405B-B0B2-A2B7AC868DCA.jpeg
Status: Read
Read: 12/1/2019 6:38:14 PM(UTC+0)

12/1/2019 6:38:10 PM(UTC+0)

SENDI PICTURE

About to try on
Status: Read
Read: 12/1/2019 6:38:14 PM(UTC+0)

12/1/2019 6:38:10 PM(UTC+0)

+19179570045

Lovely
Status: Sent
Delivered: 12/1/2019 6:38:30 PM(UTC+0)

12/1/2019 6:38:29 PM(UTC+0)

+19179570045

Can't wait to see the pictures
Status: Sent
Delivered: 12/1/2019 6:38:50 PM(UTC+0)

12/1/2019 6:38:50 PM(UTC+0)

+19179570045

I am delayed eta is 3:25pm
Status: Sent
Delivered: 12/1/2019 6:39:58 PM(UTC+0)

12/1/2019 6:39:58 PM(UTC+0)

+19179570045

Any luck?
Status: Sent
Delivered: 12/1/2019 6:45:02 PM(UTC+0)

12/1/2019 6:45:02 PM(UTC+0)

42/
56

DI 6/28/24   389



SENDS PICTURES

Attachments:

Size: 1708434
File name: IMG_0850.jpeg
IMG_0850.jpeg

Status: Read
Read: 12/1/2019 6:46:53 PM(UTC+0)

12/1/2019 6:46:50 PM(UTC+0)

Attachments:

Size: 1667342
File name: IMG_0848.jpeg
IMG_0848.jpeg

Status: Read
Read: 12/1/2019 6:48:51 PM(UTC+0)

12/1/2019 6:47:03 PM(UTC+0)

I am getting her to get some stockings for the garter belt

Status: Read
Read: 12/1/2019 6:48:51 PM(UTC+0)

12/1/2019 6:47:03 PM(UTC+0)

Apparently they don't sell them

Status: Read
Read: 12/1/2019 6:51:34 PM(UTC+0)

12/1/2019 6:49:11 PM(UTC+0)

+19178570045

Seriously

Status: Sent
Delivered: 12/1/2019 6:52:15 PM(UTC+0)

12/1/2019 6:52:14 PM(UTC+0)

Ya

Status: Read
Read: 12/1/2019 6:53:24 PM(UTC+0)

12/1/2019 6:53:22 PM(UTC+0)

Its ok I will find some

Status: Read
Read: 12/1/2019 6:53:34 PM(UTC+0)

12/1/2019 6:53:34 PM(UTC+0)

01·6/28/24 43/46

1390



• 19175570045
Ty love
Status: Sent
Delivered: 12/1/2019 6:54:06 PM(UTC•0)
12/1/2019 6:54:06 PM(UTC•0)

Attachments:

Size: 1983880
File name: 59691923571__F76EBE65-5B25-470D-A781-
D16DFD598976.jpeg
59691923571__F76EBE65-5B25-470D-A781-D16DFD598976.jpeg
Status: Read
Read: 12/1/2019 6:54:19 PM(UTC•0)
12/1/2019 6:54:17 PM(UTC•0)

SENDS PICTURES

Try to imagine without the black underneath
Status: Read
Read: 12/1/2019 6:54:21 PM(UTC•0)
12/1/2019 6:54:20 PM(UTC•0)

• 19175570045
You better be a good girl and treat me super good been through hell today
Status: Sent
Delivered: 12/1/2019 6:54:26 PM(UTC•0)
12/1/2019 6:54:27 PM(UTC•0)

• 19175570045
Very pretty
Status: Sent
Delivered: 12/1/2019 6:54:39 PM(UTC•0)
12/1/2019 6:54:39 PM(UTC•0)

I will do my best to please
Status: Read
Read: 12/1/2019 6:55:14 PM(UTC•0)
12/1/2019 6:55:13 PM(UTC•0)

• 19175570045
I know you will I can tell you are a good girl
Status: Sent
Delivered: 12/1/2019 6:55:36 PM(UTC•0)
12/1/2019 6:55:36 PM(UTC•0)

• 19175570045
I will make sure you are super happy
Status: Sent
Delivered: 12/1/2019 6:56:22 PM(UTC•0)
12/1/2019 6:56:22 PM(UTC•0)

1391



Attachments:

Size: 2041577
File name: 596919415540_0E07657C-41FF-4B9A-AF0B-5CF83077EFD5.jpeg
596919415540_0E07657C-41FF-4B9A-AF0B-5CF83077EFD5.jpeg

Status: Read
Read: 12/1/2019 6:57:26 PM(UTC+0)

12/1/2019 6:57:14 PM(UTC+0)

Attachments:

Size: 2021305
File name: 596919430870_99D9E264-D833-486E-B62E-81E2C5D037FD.jpeg
596919430870_99D9E264-D833-486E-B62E-81E2C5D037FD.jpeg

Status: Read
Read: 12/1/2019 7:05:23 PM(UTC+0)

12/1/2019 6:58:24 PM(UTC+0)

SENDS PICTURES

+19179570045
Did you find anything else?
Status: Sent
Delivered: 12/1/2019 7:06:22 PM(UTC+0)

12/1/2019 7:06:17 PM(UTC+0)

+19179570045
When you get to the next store ask a store employee if you could charge your phone.
Status: Sent
Delivered: 12/1/2019 7:07:02 PM(UTC+0)

12/1/2019 7:07:06 PM(UTC+0)

I have a navy and red I am trying
Status: Read
Read: 12/1/2019 7:07:22 PM(UTC+0)

12/1/2019 7:07:22 PM(UTC+0)

Will do
Status: Read
Read: 12/1/2019 7:07:32 PM(UTC+0)

12/1/2019 7:07:32 PM(UTC+0)

+19179570045
Also send me the receipts so I can put this through my company
Status: Sent
Delivered: 12/1/2019 7:07:39 PM(UTC+0)

12/1/2019 7:07:39 PM(UTC+0)

45/56

O.J. 4/28/24

1392



+19179570045
Sending pictures?
Status: Sent
Delivered: 12/1/2019 7:12:17 PM(UTC+0)
12/1/2019 7:12:17 PM(UTC+0)

Attachments:
Size: 2050779
File name: 59692030322__E6706127-82F8-42BE-A45C-19F3EE12BED8.jpeg
59692030322__E6706127-82F8-42BE-A45C-19F3EE12BED8.jpeg
Status: Read
Read: 12/1/2019 7:12:22 PM(UTC+0)
12/1/2019 7:12:17 PM(UTC+0)

→ SENDS PICTURE

I dunno about the red....
Status: Read
Read: 12/1/2019 7:12:22 PM(UTC+0)
12/1/2019 7:12:17 PM(UTC+0)

Navy was awful
Status: Read
Read: 12/1/2019 7:12:22 PM(UTC+0)
12/1/2019 7:12:17 PM(UTC+0)

+19179570045
Red looks great on you
Status: Sent
Delivered: 12/1/2019 7:12:50 PM(UTC+0)
12/1/2019 7:12:49 PM(UTC+0)

+19179570045
Purple and green would look fabulous on you as well
Status: Sent
Delivered: 12/1/2019 7:13:13 PM(UTC+0)
12/1/2019 7:13:11 PM(UTC+0)

They don have any
Status: Read
Read: 12/1/2019 7:13:20 PM(UTC+0)
12/1/2019 7:13:20 PM(UTC+0)

I pretty much tried on everything
Status: Read
Read: 12/1/2019 7:13:26 PM(UTC+0)
12/1/2019 7:13:26 PM(UTC+0)

0.6 6/28/24 H6/56

1393



+19179570045
A brown earth tone would look fabulous too
Status: Sent
Delivered: 12/1/2019 7:13:32 PM(UTC+0)
12/1/2019 7:13:31 PM(UTC+0)

You think I should get the red or no?
Status: Read
Read: 12/1/2019 7:17:20 PM(UTC+0)
12/1/2019 7:13:53 PM(UTC+0)

+19179570045
Don't forget to send the receipt
Status: Sent
Delivered: 12/1/2019 7:27:55 PM(UTC+0)
12/1/2019 7:27:54 PM(UTC+0)

Attachments:

Size: 3108769
File name: IMG_0855.jpeg
IMG_0855.jpeg
Status: Read
Read: 12/1/2019 7:28:59 PM(UTC+0)
12/1/2019 7:28:46 PM(UTC+0)

→ SENDS PICTURE

+19179570045
Not bad
Status: Sent
Delivered: 12/1/2019 7:29:34 PM(UTC+0)
12/1/2019 7:29:33 PM(UTC+0)

+19179570045
Let me know when you get to saks
Status: Sent
Delivered: 12/1/2019 7:32:32 PM(UTC+0)
12/1/2019 7:32:31 PM(UTC+0)

Will do!
Status: Read
Read: 12/1/2019 7:32:41 PM(UTC+0)
12/1/2019 7:32:41 PM(UTC+0)

+19179570045
Did you leave yet?
Status: Sent
Delivered: 12/1/2019 7:33:44 PM(UTC+0)
12/1/2019 7:33:43 PM(UTC+0)

47/
56

C.I. 6/28/24

1394

Yes I'm almost there
Status: Read
Read: 12/1/2019 7:36:26 PM(UTC+0)

12/1/2019 7:36:26 PM(UTC+0)

+19179570045
Ok love
Status: Sent
Delivered: 12/1/2019 7:36:47 PM(UTC+0)

12/1/2019 7:36:47 PM(UTC+0)

+19179570045
The garters you can quickly get 4-5 pairs
Status: Sent
Delivered: 12/1/2019 7:37:32 PM(UTC+0)

12/1/2019 7:37:31 PM(UTC+0)

+19179570045
Heels are easy to pick out I know what you like hopefully we have the same taste lol
Status: Sent
Delivered: 12/1/2019 7:38:24 PM(UTC+0)

12/1/2019 7:38:23 PM(UTC+0)

You mean the stockings right? And ya I think shoes will be fast
Status: Read
Read: 12/1/2019 7:39:13 PM(UTC+0)

12/1/2019 7:39:12 PM(UTC+0)

+19179570045
Yes to stockings
Status: Sent
Delivered: 12/1/2019 7:39:37 PM(UTC+0)

12/1/2019 7:39:36 PM(UTC+0)

+19179570045
Arrived yet?
Status: Sent
Delivered: 12/1/2019 7:42:04 PM(UTC+0)

12/1/2019 7:42:04 PM(UTC+0)

Just walking in the door
Status: Read
Read: 12/1/2019 7:42:34 PM(UTC+0)

12/1/2019 7:42:33 PM(UTC+0)

1395



+19179570045

Lovely

Status: Sent
Delivered: 12/1/2019 7:42:40 PM(UTC+0)

12/1/2019 7:42:40 PM(UTC+0)

+19179570045

Do your 15-20 min debut girl

Status: Sent
Delivered: 12/1/2019 7:42:57 PM(UTC+0)

12/1/2019 7:42:56 PM(UTC+0)

Will do my best

Status: Read
Read: 12/1/2019 7:45:13 PM(UTC+0)

12/1/2019 7:45:11 PM(UTC+0)

+19179570045

Lol you Canadian girls know how to rock!

Status: Sent
Delivered: 12/1/2019 7:45:36 PM(UTC+0)

12/1/2019 7:45:35 PM(UTC+0)

+19179570045

Anything you like?

Status: Sent
Delivered: 12/1/2019 7:48:43 PM(UTC+0)

12/1/2019 7:48:43 PM(UTC+0)

Attachments:

Size: 2034926
File name: IMG_0856.jpeg
IMG_0856.jpeg

Size: 2311017
File name: IMG_0859.jpeg
IMG_0859.jpeg

Size: 2430779
File name: IMG_0858.jpeg
IMG_0858.jpeg

Size: 3485752
File name: IMG_0860.jpeg
IMG_0860.jpeg

Size: 1595000
File name: IMG_0857.jpeg
IMG_0857.jpeg

Status: Read
Read: 12/1/2019 7:53:22 PM(UTC+0)

12/1/2019 7:52:48 PM(UTC+0)

→ SENDS PICTURES

Olf 6/28/24

Hg/56

1396

Boots are hard to find...
**Status:** Read
**Read:** 12/1/2019 7:53:22 PM(UTC•0)

12/1/2019 7:52:56 PM(UTC•0)

•191795770045
Call me
**Status:** Sent
**Delivered:** 12/1/2019 7:54:03 PM(UTC•0)

12/1/2019 7:54:03 PM(UTC•0)

**Attachments:**

**Size:** 86112
**File name:** 59692309256__3868F05F-48C3-46DE-B2ED-2F0AA2F0F1BD.jpeg,
59692309256__3868F05F-48C3-46DE-B2ED-2F0AA2F0F1BD.jpeg

**Status:** Read
**Read:** 12/1/2019 7:58:27 PM(UTC•0)

→ SENDS PICTURE

12/1/2019 7:58:22 PM(UTC•0)

•191795770045
Did your card go through?
**Status:** Sent
**Delivered:** 12/1/2019 8:08:16 PM(UTC•0)

12/1/2019 8:08:15 PM(UTC•0)

Just getting sizes now
**Status:** Read
**Read:** 12/1/2019 8:08:16 PM(UTC•0)

12/1/2019 8:08:16 PM(UTC•0)

It will be a while
**Status:** Read
**Read:** 12/1/2019 8:08:23 PM(UTC•0)

12/1/2019 8:08:23 PM(UTC•0)

Gotta try them on then go look for stockings
**Status:** Read
**Read:** 12/1/2019 8:08:35 PM(UTC•0)

12/1/2019 8:08:34 PM(UTC•0)

•191795770045
Agreed
**Status:** Sent
**Delivered:** 12/1/2019 8:08:43 PM(UTC•0)

12/1/2019 8:08:42 PM(UTC•0)

1397

+19129570045

Excited?

Status: Sent
Delivered: 12/1/2019 8:09:08 PM(UTC+0)

12/1/2019 8:09:08 PM(UTC+0)

Just flustered and tired right now but I will be later

Status: Read
Read: 12/1/2019 8:09:33 PM(UTC+0)

12/1/2019 8:09:32 PM(UTC+0)

+19173570045

Why flustered and tired?

Status: Sent
Delivered: 12/1/2019 8:09:51 PM(UTC+0)

12/1/2019 8:09:51 PM(UTC+0)

+19129570045

Look at how much you are making

Status: Sent
Delivered: 12/1/2019 8:10:10 PM(UTC+0)

12/1/2019 8:10:10 PM(UTC+0)

All I feel right now is the pain on my credit cards haha. I'm still a little worried you are going to back out and I'm going to be stuck with 10k usd in debt

Status: Read
Read: 12/1/2019 8:11:56 PM(UTC+0)

12/1/2019 8:11:44 PM(UTC+0)

+19129570045

Back out? Seriously?

Status: Sent
Delivered: 12/1/2019 8:12:20 PM(UTC+0)

12/1/2019 8:12:19 PM(UTC+0)

I don't know... I worry that something will go wrong with the bank and I'm going to go with a hard lesson learned

Status: Read
Read: 12/1/2019 8:13:28 PM(UTC+0)

12/1/2019 8:13:17 PM(UTC+0)

+19129570045

I promise nothing will go wrong. I am a hobbyist. Are you telling me you do t want to do this?

Status: Sent
Delivered: 12/1/2019 8:14:24 PM(UTC+0)

12/1/2019 8:14:23 PM(UTC+0)

51/66

01. 6/25/24

1398



+19179570045
I cancelled client meetings to see you and drove a long way
Status: Sent
Delivered: 12/1/2019 8:14:56 PM(UTC+0)
12/1/2019 8:14:54 PM(UTC+0)

+19179570045
?
Status: Sent
Delivered: 12/1/2019 8:15:50 PM(UTC+0)
12/1/2019 8:15:49 PM(UTC+0)

+19179570045
How are you doing?
Status: Sent
Delivered: 12/1/2019 8:29:30 PM(UTC+0)
12/1/2019 8:29:29 PM(UTC+0)

▮▮▮▮
Just about to try to pay
Status: Read
Read: 12/1/2019 8:37:10 PM(UTC+0)
12/1/2019 8:36:58 PM(UTC+0)

+19179570045
Ok
Status: Sent
Delivered: 12/1/2019 8:37:39 PM(UTC+0)
12/1/2019 8:37:38 PM(UTC+0)

+19179570045
Got the stockings?
Status: Sent
Delivered: 12/1/2019 8:38:55 PM(UTC+0)
12/1/2019 8:38:54 PM(UTC+0)

▮▮▮▮
Went through. They only had black ones
Status: Read
Read: 12/1/2019 8:39:28 PM(UTC+0)
12/1/2019 8:39:27 PM(UTC+0)

+19179570045
That is fine my love
Status: Sent
Delivered: 12/1/2019 8:39:38 PM(UTC+0)
12/1/2019 8:39:38 PM(UTC+0)

1399



You want me to check the mall quickly since I'm here?
Status: Read
Read: 12/1/2019 8:39:59 PM(UTC+0)
12/1/2019 8:39:58 PM(UTC+0)

+19179570045
Thank you for me such a sweetheart by the way you are my Christmas gift
Status: Sent
Delivered: 12/1/2019 8:44:18 PM(UTC+0)
12/1/2019 8:44:17 PM(UTC+0)

+19179570045
On December 1. Early present. lol
Status: Sent
Delivered: 12/1/2019 8:45:08 PM(UTC+0)
12/1/2019 8:45:07 PM(UTC+0)

Attachments:
Size: 2633595
File name: 59692607907__2F8A9A40-2E1C-4883-A81B-
B53179082F0D.jpeg
59692607907__2F8A9A40-2E1C-4883-A81B-B53179082F0D.jpeg
Status: Read
Read: 12/1/2019 8:48:33 PM(UTC+0)
12/1/2019 8:48:19 PM(UTC+0)

SEMX PICTURE

In the car now
Status: Read
Read: 12/1/2019 8:50:43 PM(UTC+0)
12/1/2019 8:50:01 PM(UTC+0)

+19179570045
You are gorgeous
Status: Sent
Delivered: 12/1/2019 10:15:26 PM(UTC+0)
12/1/2019 10:15:26 PM(UTC+0)

Thanks
Status: Read
Read: 12/1/2019 10:15:42 PM(UTC+0)
12/1/2019 10:15:42 PM(UTC+0)

+19179570045
The weather is really bad
Status: Sent
Delivered: 12/1/2019 10:19:12 PM(UTC+0)
12/1/2019 10:19:11 PM(UTC+0)

53/
56

01-6/28/84          1400

Oh no! Will it be okay to drive to dinner?
**Status:** Read
**Read:** 12/1/2019 10:19:26 PM(UTC+0)
12/1/2019 10:19:26 PM(UTC+0)

+19179570045
But it's tricky
**Status:** Sent
**Delivered:** 12/1/2019 10:19:48 PM(UTC+0)
12/1/2019 10:19:48 PM(UTC+0)

+19179570045
Only if the temp doesn't drop
**Status:** Sent
**Delivered:** 12/1/2019 10:20:15 PM(UTC+0)
12/1/2019 10:20:15 PM(UTC+0)

Ok. You have snow tires right?
**Status:** Read
**Read:** 12/1/2019 10:21:20 PM(UTC+0)
12/1/2019 10:21:17 PM(UTC+0)

+19179570045
So so
**Status:** Sent
**Delivered:** 12/1/2019 10:21:33 PM(UTC+0)
12/1/2019 10:21:32 PM(UTC+0)

+19179570045
Should we go out or stay in? Your call.
**Status:** Sent
**Delivered:** 12/1/2019 10:22:04 PM(UTC+0)
12/1/2019 10:22:03 PM(UTC+0)

I wanted to go out but I want you to be comfortable driving
**Status:** Read
**Read:** 12/1/2019 10:22:35 PM(UTC+0)
12/1/2019 10:22:29 PM(UTC+0)

+19179570045
Call me
**Status:** Sent
**Delivered:** 12/1/2019 10:23:09 PM(UTC+0)
12/1/2019 10:23:00 PM(UTC+0)

*QI. 6/28/24*

*54/56*

1401



It's not working for some reason
Status: Read
Read: 12/1/2019 10:30:08 PM(UTC+0)
12/1/2019 10:24:06 PM(UTC+0)

+19179570045
Can we session before we eat love?
Status: Sent
Delivered: 12/1/2019 10:30:28 PM(UTC+0)
12/1/2019 10:30:27 PM(UTC+0)

Absolutely :)
Status: Read
Read: 12/1/2019 10:30:37 PM(UTC+0)
12/1/2019 10:30:37 PM(UTC+0)

+19179570045
CN you be ready so we cN eat after?
Status: Sent
Delivered: 12/1/2019 10:32:39 PM(UTC+0)
12/1/2019 10:32:39 PM(UTC+0)

+19179570045
By the way you are absolutely lovely glad we met
Status: Sent
Delivered: 12/1/2019 10:33:01 PM(UTC+0)
12/1/2019 10:33:00 PM(UTC+0)

Same. And did you need me to let you in the elevator? Or will you hope to get in with someone else
Status: Read
Read: 12/1/2019 10:33:22 PM(UTC+0)
12/1/2019 10:33:26 PM(UTC+0)

+19179570045
You are drop dead gorgeous
Status: Sent
Delivered: 12/1/2019 10:33:31 PM(UTC+0)
12/1/2019 10:33:31 PM(UTC+0)

Thanks ♥
Status: Read
Read: 12/1/2019 10:33:40 PM(UTC+0)
12/1/2019 10:33:39 PM(UTC+0)



+19179570045
With someone
Status: Sent
Delivered: 12/1/2019 10:33:45 PM(UTC+0)
12/1/2019 10:33:45 PM(UTC+0)

Ok sounds good. Then I will get back into the lingerie
Status: Read
Read: 12/1/2019 10:34:01 PM(UTC+0)
12/1/2019 10:34:01 PM(UTC+0)

+19179570045
You are super gorgeous
Status: Sent
Delivered: 12/2/2019 12:07:20 AM(UTC+0)
12/2/2019 12:07:19 AM(UTC+0)

Thank you. I really glad I live up to your expectations
Status: Read
Read: 12/2/2019 12:11:31 AM(UTC+0)
12/2/2019 12:10:20 AM(UTC+0)

Everything ok?
Status: Read
Read: 12/2/2019 12:26:50 AM(UTC+0)
12/2/2019 12:18:52 AM(UTC+0)

+19179570045
Yes they brought my car back
Status: Sent
Delivered: 12/2/2019 12:27:02 AM(UTC+0)
12/2/2019 12:27:01 AM(UTC+0)

+19179570045
Dumb dumbs
Status: Sent
Delivered: 12/2/2019 12:27:07 AM(UTC+0)
12/2/2019 12:27:07 AM(UTC+0)

Hahah you took too long :p
Status: Read
Read: 12/2/2019 12:27:16 AM(UTC+0)
12/2/2019 12:27:16 AM(UTC+0)

Q1. 4/28/24
56/16
END

1403



JOSE TORRES
ECCF
354 DOREMUS AVENUE
NEWARK, NJ 07102

DVD P&DC AFSM# 2
KEARNY NJ 070    PM
TUE 02 JUL 2024

COURT CLERK
50 WALNUT STREET
NEWARK, NJ 07102

XRAYED

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2024 JUL -9 P 1:20