# Morristown Minute

SHARE YOUR NEWS

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2024 JUL 23 P 11: 03

## Support Morristown Minute.

SUPPORT

Public Notices and Press Releases                                                                 Morristown NJ

 John Lange Jr.

Monday July 1 2024 6:03pm

# NJ Man Sentenced to 25+ Years for Inducing Victims into Prostitution

   

*Jose Torres, 46, receives a 311-month federal prison sentence for coercing women to travel across state lines for prostitution.*

**NEWARK, N.J.** – Jose Torres, 46, of Middlesex County, New Jersey, was sentenced today to 311 months in prison for persuading, inducing, and enticing women to travel interstate for prostitution, announced U.S. Attorney Philip R. Sellinger.

Torres was convicted on all four counts of a second superseding indictment after a six-day trial before U.S. District Judge Brian R. Martinotti, who imposed the sentence in Newark federal court.

**Criminal Activities and Trial Details**



From May 2015 to October 2019, Torres engaged in a scheme to lure women, primarily commercial sex workers, from out-of-state locations, including Canada and New York, to New Jersey with false promises of large payments. Torres targeted his victims through prostitution websites, convincing them to travel to New Jersey. Upon their arrival, he refused to pay them and became aggressive, often resorting to assault and rape.

**Sentencing and Additional Penalties**

In addition to the 311-month prison sentence, Torres was sentenced to 15 years of supervised release and ordered to pay a $5,000 special assessment for trafficking.

**Investigation and Prosecution**

The investigation leading to Torres's sentencing was conducted by special agents of the FBI, under the direction of Special Agent in Charge James E. Dennehy in Newark, and special agents of Homeland Security Investigations Newark, led by Acting Special Agent in Charge William S. Walker.

The government's case was prosecuted by Bruce P. Keller, Special Counsel to the U.S. Attorney, in Newark.

This case underscores the commitment of federal authorities to combating human trafficking and ensuring justice for victims of such egregious crimes.

United States                          7/15/2024

v.

Torres                       Case No.: 20-418 (BRM)

Judge Martinotti,

     The attached two page article confirms that the Government continues to lie to the public.

**Lies (page 1)**

① That Torres was inducing Victims into prostitution. The females I hired were already prostitutes.

② That Torres was coercing women to travel across state lines for prostitution. The women traveled willingly at their own expense

**Lies (page 2)**

③ That "federal authorities" are "combating human trafficking" when I was only hiring them for their prostitution services.

                         Respectfully Submitted,

                         Jose Torres  7/15/24

1 of 3

Jose Torres
ECCF
354 Doremus Avenue
Newark, NJ 07105

XRAYED



Court Clerk
50 Walnut Street
Newark, NJ 07102
07102

