United States District Court

v.

Jose Torres

U.S. DISTRICT COURT
DISTRICT OF NEW JERSE
RECEIVED

02-06-25

2025 FEB 14 P 4:4

Criminal Case
20-cr-00418

Dear Court Clerk,

Please provide me with the following information as I am working on my appeal:

① Statement of Reason
② Sentencing Transcripts
③ Judgment of Commitment
④ Docket Sheet

I would appreciate if you could send this information as soon as possible.

Respectfully Submitted,

Jose Torres