Jose Torres
Reg. No. #01223-509
Federal Correctional Facility (FCI)
P.O. BOX 9000
Berlin, NH 03570

WHITE RIV JCT VT 050
10 FEB 2025 PM 2 L

XRAYED

Court Clerk
50 Walnut Street
Newark, NJ 07105

LEGAL MAIL
07102-355199